## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **SYLVIA SUMMERS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:08-cv-00784- TFM |
| | ) | |
| **THE CITY OF DOTHAN, ALABAMA; and** | ) | |
| **CHIEF JOHN R. POWELL, in his Official** | ) | |
| **Capacity as Chief of Police for Dothan, Alabama,** | ) | JURY DEMAND |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S RESPONSE TO MOTION TO DISMISS
### OF DEFENDANT CHIEF JOHN R. POWELL

COMES NOW the Plaintiff in the above-styled cause and responds to the Motion to Dismiss of defendant Chief John R. Powell, as follows:

1. Defendant Chief John R. Powell has moved this Court to dismiss all claims asserted by the plaintiff against him in his official capacity under Title VII on the sole grounds that the claims asserted against him are duplicative as the same claims are also asserted against the City of Dothan, Alabama.

2. The plaintiff responds that the defendant's Motion to Dismiss is premature as, noted by the defendant within his Motion, the plaintiff has not yet effected service of the Complaint upon the defendant, City of Dothan, Alabama.

3. As also noted by the defendant, it is proper to for a plaintiff seeking to recover under Title VII is by suing the employer, either by naming the supervisory employees as agents of the employer or naming the employer directly. Cross v. Alabama, 49 F.3d 1490, 1504 (11th Cir. 1995). Thus the plaintiff has properly sought relief by suing the supervisory agent of the City of Dothan

police department, defendant Chief Powell. As the remaining defendant, the City of Dothan, Alabama, has not yet been served in this matter, there is no basis presently for the granting of the defendant's Motion at this time.

Respectfully submitted,

 s/ Temple D. Trueblood
Ann C. Robertson (ROB016)
Temple D. Trueblood (TRU014)
Counsel for Plaintiff


OF COUNSEL:
WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500


CO-COUNSEL:
Bobbie S. Crook, Esq.
367 S. St. Andrews Street
Dothan, Alabama 36301
(334) 671-8062

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served upon the following via filing through the CM/ECF system::

Carol Sue Nelson
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203

This the 7th day of January, 2009.

                                                s/ Temple D. Trueblood
                                                OF COUNSEL