# EXHIBIT D



City of Dothan
## Personnel Department

**Kai W. Davis,**
**Personnel Director**

# APPEAL HEARING
## of
# Sylvia D. Summers

# Wednesday, August 1, 2007
# 8:00 a.m.

# Sakado Room
# Second Floor
# Dothan Civic Center



# THE CITY OF
# DOTHAN, ALABAMA

POST OFFICE BOX 2128 · DOTHAN, ALABAMA 36302 · 334-615-3000

**KAI W. DAVIS**
PERSONNEL DIRECTOR

**PERSONNEL BOARD**
MARY W. DAVIS, CHAIR
ALAN B. CLARK
MARK SMITH
BARBARA A. SPANN
EARL TYSON

July 13, 2007

Sylvia Summers

Dothan, AL

Dear Ms. Summers:

The termination appeal that you filed with the Personnel Board is scheduled to be heard on Wednesday, August 1, 2007, in the Sakado Room, second floor of the Civic Center, at 8:00 a.m.

If you will be calling witnesses, please furnish our office with a list of names and addresses by Friday July 20, 2007, so that we can issue subpoenas. If you have any questions, please do not hesitate to contact me.

Sincerely,

Kai W. Davis
Personnel Director

copy: Police Chief John Powell
Len White, City Attorney
John White, Esq.

---

**PERSONNEL DEPARTMENT**

126 NORTH SAINT ANDREWS STREET · DOTHAN, ALABAMA 36303 · PHONE 334-615-3180 · FAX 334-615-3189

Service • Excellence • Commitment ... *The Dothan Way*

The following information is not included in the attached copy of the personnel file of Sylvia D. Summers: tax records, withholdings, and personal payroll information.

BLANK PAGE

# THE CITY OF DOTHAN
## Notice of Termination

TC
P3
mn
KK

TO : Personnel Director and Employee          Date ___6/25/2007_____

FROM : ___Police_____          Department

1. ___Sylvia D. Summers_____          NAME OF EMPLOYEE
2. ___103808_____          EMPLOYEE ID NUMBER
3. ___6/12/2000_____          DATE OF HIRE
4. ___281 Police Officer_____          JOB TITLE and JOB CODE

Employee Status:
( X ) Classified          ( ) Probationary          ( ) Unclassified          ( ) Part Time          ( ) Temp/Seasonal

5. ___6/20/2007_____          LAST DAY ACTUALLY WORKED

6. ___6/20-21 AL, 6/22-24 OD_____          ~~DATE(S) and TYPE(S) of LEAVE, if on leave prior to~~
   ___6/25 AL served 12:18 p.m._____          effective date of termination. Include any docked time.

7. ___6/26/2007_____          EFFECTIVE DATE OF TERMINATION
                                                  (first day employee is no longer employed).

8. $___NA___   To be deducted from final paycheck as reimbursement for 1984 pay period change (use Hours Type Code 40).

9. HAS FINAL CHECK BEEN WRITTEN? Y _____   N _X___

10. REASON FOR TERMINATION:

    _____ (NT)   NO TIME: Processed for employment, Failed to report to work, No Time.

    _____ (RZ)   RESIGNED – WRITTEN NOTICE ATTACHED – PERSONNEL RULE 10.10(1)
                      (written notice given **at least** one week [seven calendar days] prior to effective date).

    _____ (QZ)   QUIT WITHOUT PROPER NOTICE – (written notice given, but not at least one week
                      [seven calendar days] prior to effective date).

    _____ (QT)   QUIT WITHOUT WRITTEN NOTICE– PERSONNEL RULE 10.10(3)
                      (quit without written notice or no advance notice of intent to quit).

    _____ (QP)   QUIT WITH PREJUDICE.

    _____ (CR)   QUIT/COMPULSORY RESIGNATION – PERSONNEL RULE 10.10(2)
                      (abandoned job – unauthorized absence for period of five (5) consecutive work days).

    ___X_____ (DM)   DISMISSED - REGULATION IV – DUE PROCESS PROCEDURE, 10.10(8).

    _____ (RT)   RETIRED UNDER RETIREMENT SYSTEMS OF ALABAMA.

    _____ (ET)   END OF TEMPORARY OR SEASONAL EMPLOYMENT/END OF TERM.

    _____ (LO)   LAYOFF – PERSONNEL RULE 10.10(7).

    _____ (DC)   DECEASED

    _____ (UA)   UNAPPOINTED

11. Has the person returned all City property issued to him/her (supplies, tools, ID card)? Personnel Rule 10.30.
    X___ YES   _____ NO   If no, why not? _X See attached e-mail_

12. Computer Password Deleted _____   Date _____   Initials _____

    Department Head's Signature   Date / 6/25/07          Personnel Director's Signature   / 6/26/07 Date

Distribution: Original white – 201 file;   yellow – Department;   pink – Employee;   goldenrod – IT

PERSONNEL FORM #111 (Rev. 08/06)

# THE CITY OF
# DOTHAN, ALABAMA

POST OFFICE BOX 2128 • DOTHAN, ALABAMA 36302 • 334-615-3000

JOHN R. POWELL
CHIEF OF POLICE

# MEMORANDUM

**TO:**       Kai Davis, Personnel Director

**FROM:**   John R. Powell, Chief of Police

**DATE:**    June 25, 2007

**SUBJECT:   SYLVIA SUMMERS**

On the payroll ending 6/23/2007, Officer Sylvia Summers, employee number 103808, was placed on administrative leave Wednesday, June 20, 2007 at 1600 hours pending an internal investigation and/or determination hearing.

Officer Summers will receive 14.0 AL hours on the payroll ending 6/23/2007. She will receive 6.5 AL hours for 6/25/07 on the payroll ending 7/07/07.

If you have any questions, please do not hesitate to contact me.

Respectfully,

John R. Powell,
Chief of Police

JRP:ts

# POLICE DEPARTMENT

# Knight, Kris

**From:** Shelley, Tonja
**Sent:** Tuesday, June 26, 2007 4:47 PM
**To:** Knight, Kris
**Subject:** Summers

I was just notified by Lt. Woodham that S. Summers did not surrender all her issued equipment such as the $800 taser, knifer, city id; etc... he is making a list to submit to Chief Powell.

The termination form is marked as equipment being returned.

---

*Tonja Shelley*
*Dothan Police Department*
*210 N. Saint Andrews Street*
*Dothan, Alabama 36303*
*tlshelley@dothan.org*
*V: 334.615.3617*
*F: 334.615.3619*

*Service - Excellence - Commitment*
*The Dothan Way!*

STRICTLY PERSONAL AND CONFIDENTIAL. This email may contain confidential and proprietary material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please notify the sender and delete all copies of this email from your system.




*Silvia Summers*

# DOTHAN POLICE DEPARTMENT
## FIELD OPERATIONS BUREAU
## PATROL DIVISION
## June 25, 2006

The following employees are in payroll account #1217 and will all be on the 7K plan:

| | |
|---|---|
| Arnold, Jeffrey | 100123 |
| Arnold, Ray | 100125 |
| Ashley, Bobby | 100134 |
| Barberree, Christopher | 100183 |
| Baum, Bradford | 100231 |
| Baxley, Benny | 100234 |
| Benny, William | 100286 |
| Benton, Gregory | 100291 |
| Butler, Devellus | 100557 |
| Cain, Bradley | 100580 |
| Carney, Raemonica | 100585 |
| Cirulli, Michael | 100690 |
| Cochran, Billy Joe | 104831 |
| Cole, Robert | 104448 |
| Cook, Aaron | 105135 |
| Costello, Salvatore | 100805 |
| Cross, Kenneth | 105180 |
| David, Rachael | 104423 |
| David, Christopher Todd | 100922 |
| Eggleston, Maurice | 104567 |
| Ellison, Tim | 101149 |
| Evans, Joseph | 101191 |
| Givens, Jonathan | 101418 |
| Glover, William | 101432 |
| Godwin, Jonathan (Start Date of 6-12-06) | 105198 |
| Gonzalez, Antonio | 101452 |
| Gray, Ivan Keith | 101492 |
| Hall, Ronald | 104427 |
| Hamm, Stephen | 101599 |
| Henderson, Jamie | 104501 |
| Herring, Duane | 101762 |
| Hoffman, Terry | 101806 |
| Hudson, Richard Bruce | 101879 |
| Hughes, Andrew | 101885 |
| Jenkins, Ada Charlotte | 101994 |
| Kidney, Toby | 102187 |
| Lindsey, Jeffrey | 102382 |
| Long, Brian Scott | 102407 |

| | |
|---|---|
| Long, William Kenneth | 104419 |
| McKee, Kevin | 102636 |
| Merritt, Tommy | 102727 |
| Midkiff, Carl | 102740 |
| Miller, Timothy | 102763 |
| Mock, Ray | 104965 |
| Money, Tony | 104624 |
| Neal, John (Start Date of 6-19-06) | 105200 |
| Nelms, Mark | 102893 |
| Nunez`, Peter | 102939 |
| Ott, Carlton | 102977 |
| Penn, Jason | 103084 |
| Phillips, Terry | 103132 |
| Rice, John Clark | 103308 |
| Rice, Philip | 103309 |
| Russell, Tracy | 104819 |
| Sallas, Dennis | 103428 |
| Saxon, David | 103450 |
| Schaefer, Arthur | 103454 |
| Schulmerich, Jeffrey | 103462 |
| Simmons, Stacey | 104416 |
| Skipper, Johnny | 103566 |
| Smith, Brian O. | 103585 |
| Smith, Brian W. | 103586 |
| Suggs, Timothy | 103801 |
| Summers, Sylvia | 103808 |
| Thompson, William | 103923 |
| Traylor, Adam | 105191 |
| Vann, Justin | 104837 |
| Watson, Christopher | 104120 |
| Watkins, Jerry Lynn | 104113 |
| Welch, Kelly | 105193 |
| Whaley, Jonathan | 104171 |
| Wiehe, Raymond | 104226 |
| Womack, Dereck | 104318 |
| Woodham, Roy | 104351 |
| Wozniak, William | 104367 |

The following employees are in payroll account #1228 and will be on the 7K plan:

| | |
|---|---|
| Adkins, Jason | 100028 |
| Magill, Douglas | 102453 |
| Pert, John | 105080 |
| Weed, Jason | 104133 |

THESE ARE ALL THE EMPLOYEES THAT WILL BE ON THE 7K PLAN.

SOCIAL SECURITY NUMBER:          SUMMERS, SYLVIA D

| | CODE (?) | PREVIOUS (1 DEC.) | CURR YEAR (1 DEC.) | CURRENT BALANCE | START DATE | DATE AVAILABLE |
|---|---|---|---|---|---|---|
| VACATION............. | V1 | | 40 | 4.0 | 121720 00 | 121120 00 |
| SICK LEAVE.......... | SL | 320 | 480 | 80.0 | 121720 00 | 121120 00 |
| COMPENSATORY TIME.... | | | | .0 | | |
| HOLIDAY............. | H3 | | | .0 | 61220 00 | 61220 00 |
| MILITARY LEAVE....... | | | | .0 | | |
| | | MAX: | USED: | BALANCE: .0 | | |
| FMLA................ | | | | .0 | | |
| | | MAX: | USED: | BALANCE: .0 | | |
| ADVANCED SICK LEAVE.. | | | | .0 | | |

ALLOW PREVIOUS VACATION BALANCE TO BE BROUGHT FORWARD (Y N):

LAST SICK DAY USED (MMDDYY): 328200 6

CMD 3 END    CMD 12 PREVIOUS SCREEN    CMD 5 MISC. INFO   HELP

# PERSONNEL ACTION - STATUS CHANGE REPORT

| | | | |
|---|---|---|---|
| PAYROLL EFFECTIVE DATE: | 06/11/2006 | DATE PREPARED: 5/22/2006 | HIRE DATE: 6/12/2000 |

| EMPLOYEE NAME: | SUMMERS, SYLVIA D. | EMPLOYEE NUMBER: | 103808 |
|---|---|---|---|

| | CURRENT | | CHANGE TO | |
|---|---|---|---|---|
| DEPARTMENT | POLICE | | | |
| SALARY ACCOUNT | 12-17-512 | | | |
| JOB TITLE | POLICE OFFICER | | | |
| JOB CODE | 281 | | | |
| PAY PLAN | LEVEL 304 | STEP 06 | LEVEL 304 | STEP 7 |
| AMOUNTS | BIWEEKLY $ 1,229.00 | HOURLY $ 15.3625 | BIWEEKLY $ 1,273.00 | HOURLY $ 15.9125 |
| | | | | BASE RATE FOR OT $ |

## TYPE OF ACTION

| | | |
|---|---|---|
| SALARY CHANGE | ( ) REGULAR STATUS | ( ) POSITION TRANSFER | ( ) DEMOTION |
| (X) INCREASE 3.58 % $ 44.00 | ( ) ACCOUNT # CHANGE | ( ) DEPARTMENT TRANSFER * | ( ) ADDITIONAL PAY |
| ( ) DECREASE % $ | ( ) PROMOTION | ( ) RECLASSIFICATION | |
| ( ) OTHER ACTION: | | | |

*TRANSFER MUST BE APPROVED BY RELEASING AND APPOINTING AUTHORITIES, SUBJECT TO APPROVAL OF PERSONNEL DIRECTOR, PER SECTION 15, CIVIL SERVICE ACT

## REASON FOR ACTION

(X) ANNIVERSARY STEP INCREASE (ASI) IN ACCORDANCE WITH CURRENT PAY POLICIES.     ANNIVERSARY DATE:     JPE RATING:

( ) REGULAR STATUS PER PERFORMANCE EVALUATION DATED:     JPE RATING:

TYPE OF EVALUATION:  ( ) C - PROBATION II/REGULAR STATUS  ( ) F - PROBATION IV/REGULAR STATUS

( ) REPLACING PERSONNEL REQUISITION #:     VACATED BY:

WHO WAS:  ( ) PROMOTED  ( ) TRANSFERRED  ( ) DEMOTED  ( ) TERMINATED  ( ) OTHER

( ) PER PERSONNEL BOARD ACTION DATED:

( ) OTHER REASON:

* **TRANSFER APPROVED BY** RELEASING APPOINTING AUTHORITY:     DATE:

**REQUESTED BY** APPOINTING AUTHORITY (DEPARTMENT HEAD):     DATE: 5/23/2006

APPROVED BY PERSONNEL DIRECTOR:     DATE: 6/14/06

APPROVED BY GOVERNING BODY PER STATUS CHANGE MEMORANDUM DATED: 6/12/06

## THIS SECTION FOR PERSONNEL USE ONLY

| | | | |
|---|---|---|---|
| STATUS CODE: | NEXT EVALUATION: | TYPE: ANNIVERSARY DATE: | AAP CODE: |
| SCHEDULED HOURS CODE: RG PS P1 FS** F1 BLANK | ACCRUAL CODES: HA HF** H3 H4 SL S4 V___ | | CHANGE TYPE: SI |
| HOURLY/SALARIED: H S FT PT TP | ACCRUAL START DATE: | EXEMPT: Y N | LIFE INSURANCE: EL GL |
| RETIREMENT CODES - TAX & BENEFIT: P4 P5 P6 | EEO FUNCTION: | EEO CATEGORY: | WORKERS COMP CODE: |
| CDL/JD: | DRUG CODE: B C D | ENTERED IN: AS 400 | MPF   ROLODEX |

# PERSONNEL ACTION - STATUS CHANGE REPORT

| PAYROLL EFFECTIVE DATE: 12/11/2005 | DATE PREPARED: 12/05/2005 | HIRE DATE: 06/12/2000 |
|---|---|---|

| EMPLOYEE NAME: Sylvia D. Summers | EMPLOYEE NUMBER: 103808 |
|---|---|

| | CURRENT | CHANGE TO |
|---|---|---|
| DEPARTMENT | Police | |
| SALARY ACCOUNT | 001-1204-512-10-11 | 001-1217-512-10-11 |
| JOB TITLE | Police Officer | |
| JOB CODE | 281 | |
| PAY PLAN | LEVEL 304 · STEP 6 | LEVEL · STEP |
| AMOUNTS | BIWEEKLY $ 1,204.00 · HOURLY $ 15.05 | BIWEEKLY $ · HOURLY $ · BASE RATE FOR OT $ |

## TYPE OF ACTION

| SALARY CHANGE | ( ) REGULAR STATUS | ( ) POSITION TRANSFER | ( ) DEMOTION |
|---|---|---|---|
| ( ) INCREASE % $ | (X) ACCOUNT # CHANGE | ( ) DEPARTMENT TRANSFER * | |
| ( ) DECREASE % $ | ( ) PROMOTION | ( ) RECLASSIFICATION | |
| ( ) OTHER ACTION: | | | |

* TRANSFER MUST BE APPROVED BY RELEASING AND APPOINTING AUTHORITIES, SUBJECT TO APPROVAL OF PERSONNEL DIRECTOR, PER SECTION 15, CIVIL SERVICE ACT

## REASON FOR ACTION

( ) ANNIVERSARY STEP INCREASE (ASI) IN ACCORDANCE WITH CURRENT PAY POLICIES.    ANNIVERSARY DATE:    JPE RATING:

( ) REGULAR STATUS PER PERFORMANCE EVALUATION DATED:    JPE RATING:

TYPE OF EVALUATION: ( ) C - PROBATION II/REGULAR STATUS ( ) F - PROBATION IV/REGULAR STATUS ( ) J - PROBATION VI/REGULAR

( ) REPLACING PERSONNEL REQUISITION #:    VACATED BY:

WHO WAS: ( ) PROMOTED ( ) TRANSFERRED ( ) DEMOTED ( ) TERMINATED ( ) OTHER

( ) PER PERSONNEL BOARD ACTION DATED:

( ) OTHER REASON:

* TRANSFER APPROVED BY RELEASING APPOINTING AUTHORITY:    DATE:

REQUESTED BY APPOINTING AUTHORITY (DEPARTMENT HEAD):    DATE: Dec 5 2005

APPROVED BY PERSONNEL DIRECTOR:    DATE: 12-5-05

APPROVED BY GOVERNING BODY PER STATUS CHANGE MEMORANDUM DATED:

## THIS SECTION FOR PERSONNEL USE ONLY

| STATUS CODE: | NEXT EVAL: | TYPE: | ANNIVERSARY DATE: | AAP CODE: |
|---|---|---|---|---|
| SCHEDULED HOURS CODE: RG PS FS** F1 BLANK V___ | | ACCRUAL CODES: HA HF** H3 H4 SL S4 | | CHANGE TYPE: AC |
| HOURLY/SALARIED: H S | *FT *PT TP | *ACCRUAL START DATE: | EXEMPT: Y N | LIFE INSURANCE: EL GL |
| RETIREMENT CODES - TAX & BENEFIT: P4 P5 P6 | EEO FUNCTION: 04 | EEO CATEGORY: | | WORKERS COMP CODE: |
| ENTERED IN: MPF MM | AS 400 KK | ROLODEX | CDL/JD: | |

# PERSONNEL ACTION - STATUS CHANGE REPORT

| PAYROLL EFFECTIVE DATE: 06/12/2005 | DATE PREPARED: 5/31/2005 | HIRE DATE: 6/12/2000 |
|---|---|---|

| EMPLOYEE NAME: SUMMERS, SYLVIA D. | EMPLOYEE NUMBER: 103808 |
|---|---|

|  | CURRENT | CHANGE TO |
|---|---|---|
| DEPARTMENT | POLICE |  |
| SALARY ACCOUNT | 12-04-512 |  |
| JOB TITLE | POLICE OFFICER |  |
| JOB CODE | 281 |  |
| PAY PLAN | LEVEL 304 STEP 05 | LEVEL 304 STEP 6 |
| AMOUNTS | BIWEEKLY $ 1,160.00 HOURLY $ 14.5000 | BIWEEKLY $ 1,204.00 HOURLY $ 15.0500 |
|  |  | BASE RATE FOR OT $ |

## TYPE OF ACTION

| SALARY CHANGE | ( ) REGULAR STATUS | ( ) POSITION TRANSFER | ( ) DEMOTION |
|---|---|---|---|
| ( X ) INCREASE 3.79 % $ 44.00 | ( ) ACCOUNT # CHANGE | ( ) DEPARTMENT TRANSFER * |  |
| ( ) DECREASE % $ | ( ) PROMOTION | ( ) RECLASSIFICATION |  |
| ( ) OTHER ACTION: | | | |

* TRANSFER MUST BE APPROVED BY RELEASING AND APPOINTING AUTHORITIES, SUBJECT TO APPROVAL OF PERSONNEL DIRECTOR, PER SECTION 15, CIVIL SERVICE ACT

## REASON FOR ACTION

( X ) ANNIVERSARY STEP INCREASE (ASI) IN ACCORDANCE WITH CURRENT PAY POLICIES.   ANNIVERSARY DATE: 06-12   JPE RATING:

( ) REGULAR STATUS PER PERFORMANCE EVALUATION DATED:   JPE RATING:

TYPE OF EVALUATION:   ( ) C - PROBATION II/REGULAR STATUS   ( ) F - PROBATION IV/REGULAR STATUS   ( ) J - PROBATION VI/REGULAR

( ) REPLACING PERSONNEL REQUISITION #:   VACATED BY:

WHO WAS:  ( ) PROMOTED   ( ) TRANSFERRED   ( ) DEMOTED   ( ) TERMINATED   ( ) OTHER

( ) PER PERSONNEL BOARD ACTION DATED:

( ) OTHER REASON:

* TRANSFER APPROVED BY RELEASING APPOINTING AUTHORITY:   DATE:

REQUESTED BY APPOINTING AUTHORITY (DEPARTMENT HEAD):   DATE: 6/9/05

APPROVED BY PERSONNEL DIRECTOR:   DATE: 6/10/05

APPROVED BY GOVERNING BODY PER STATUS CHANGE MEMORANDUM DATED: 6/10/05

## THIS SECTION FOR PERSONNEL USE ONLY

| STATUS CODE: | NEXT EVAL: | TYPE: | ANNIVERSARY DATE: | AAP CODE: |
|---|---|---|---|---|
| SCHEDULED HOURS CODE:  RG  PS  FS**  F1  BLANK V___ | ACCRUAL CODES:  HA  HF**  H3  H4   SL  S4 | | | CHANGE TYPE: S1 |
| HOURLY/SALARIED:   H   S   *FT  *PT  TP | *ACCRUAL START DATE: | EXEMPT: Y  N | LIFE INSURANCE:  EL  GL | |
| TIREMENT CODES - TAX & BENEFIT:  P4  P5  P6 | EEO FUNCTION: | EEO CATEGORY: | WORKERS COMP CODE: | |
| ENTERED IN:   MPF | AS 400 | ROLODEX | CDL/JD: | |

# PERSONNEL ACTION - STATUS CHANGE REPORT

| PAYROLL EFFECTIVE DATE: 1/9/2005 | DATE PREPARED: 12/28/2004 | HIRE DATE: 6/12/2000 |
|---|---|---|

| EMPLOYEE NAME: Sylvia Summers | SOCIAL SECURITY NUMBER: 103808 |
|---|---|

|  | CURRENT | CHANGE TO |
|---|---|---|
| DEPARTMENT | Police |  |
| SALARY ACCOUNT | 001-1218-512-10-11 | 001-1204-512-10-11 |
| JOB TITLE | Police Officer |  |
| JOB CODE | 281 |  |
| PAY PLAN | LEVEL 304 | STEP 5 | LEVEL | STEP |
| AMOUNTS | BIWEEKLY $ 1160.00 | HOURLY $ 14.5000 | BIWEEKLY $ | HOURLY $ |
|  |  |  |  | BASE RATE FOR OT $ |

## TYPE OF ACTION

| SALARY CHANGE | ( ) REGULAR STATUS | ( ) POSITION TRANSFER | ( ) DEMOTION |
|---|---|---|---|
| ( ) INCREASE     % $ | (x) ACCOUNT # CHANGE | ( ) DEPARTMENT TRANSFER * |  |
| ( ) DECREASE     % $ | ( ) PROMOTION | ( ) RECLASSIFICATION |  |
| ( ) OTHER ACTION: |  |  |  |

* TRANSFER MUST BE APPROVED BY RELEASING AND APPOINTING AUTHORITIES, SUBJECT TO APPROVAL OF PERSONNEL DIRECTOR, PER SECTION 15, CIVIL SERVICE ACT

## REASON FOR ACTION

| ( ) ANNIVERSARY STEP INCREASE (ASI) IN ACCORDANCE WITH CURRENT PAY POLICIES. | ANNIVERSARY DATE: | JPE RATING: |
|---|---|---|

( ) REGULAR STATUS PER PERFORMANCE EVALUATION DATED:                    JPE RATING:

TYPE OF PERFORMANCE EVALUATION:     ( ) C - PROBATION II/REGULAR STATUS     ( ) F - PROBATION IV/REGULAR STATUS

( ) REPLACING PERSONNEL REQUISITION #:              VACATED BY:

WHO WAS : ( ) PROMOTED   ( ) TRANSFERRED   ( ) DEMOTED   ( ) TERMINATED   ( ) OTHER

( ) PER PERSONNEL BOARD ACTION DATED:

( ) OTHER REASON:

* TRANSFER APPROVED BY RELEASING APPOINTING AUTHORITY:                    DATE:

REQUESTED BY APPOINTING AUTHORITY (DEPARTMENT HEAD):                    DATE: 12/28/2004

APPROVED BY PERSONNEL DIRECTOR:                    DATE: 1-7-05

APPROVED BY GOVERNING BODY PER STATUS CHANGE MEMORANDUM DATED:

## THIS SECTION FOR PERSONNEL USE ONLY

| STATUS CODE: | NEXT EVAL: | TYPE: | ANNIVERSARY DATE: | AAP CODE: |
|---|---|---|---|---|
| SCHEDULED HOURS CODE:   RG  PS  FS**  F1  BLANK | HOLIDAY ACCRUAL CODE:  HA  HF**  H3  H4 | CHANGE TYPE: AC |
| HOURLY/SALARIED:   H   S   *FT   *PT   TP | *ACCRUAL START DATE: | EXEMPT:  Y  N | LIFE INSURANCE:  EL   GL |
| RETIREMENT CODES - TAX & BENEFIT:   Y | EEO FUNCTION: | EEO CATEGORY: | WORKERS COMP CODE: |
| ENTERED IN: --- MPF | AS 400 | ROLODEX | CDL/JD: |

☐ COPY 1 - PERSONNEL        ☐ COPY 2 - FINANCE        ☐ COPY 3 - DEPARTMENT        ☐ COPY 4 - EMPLOYEE

# PERSONNEL ACTION - STATUS CHANGE REPORT

| PAYROLL EFFECTIVE DATE: | 05/30/2004 | DATE PREPARED: | 5/3/2004 | HIRE DATE: | 6/12/2000 |
|---|---|---|---|---|---|

| EMPLOYEE NAME: | SUMMERS, SYLVIA D. | | SOCIAL SECURITY NUMBER: | 103808 |
|---|---|---|---|---|

| | CURRENT | | CHANGE TO | |
|---|---|---|---|---|
| DEPARTMENT | POLICE | | | |
| SALARY ACCOUNT | 12-18-512 | | | |
| JOB TITLE | POLICE OFFICER | | | |
| JOB CODE | 281 | | | |
| PAY PLAN | LEVEL 304 | STEP 04 | LEVEL 304 | STEP 5 |
| AMOUNTS | BIWEEKLY $ 1,115.00 | HOURLY $ 13.9375 | BIWEEKLY $ 1,160.00 | HOURLY $ 14.5000 |
| | | | | BASE RATE FOR OT $ |

## TYPE OF ACTION

| SALARY CHANGE | | ( ) REGULAR STATUS | ( ) POSITION TRANSFER | ( ) DEMOTION |
|---|---|---|---|---|
| ( X ) INCREASE 4.04 % $ 45.00 | | ( ) ACCOUNT # CHANGE | ( ) DEPARTMENT TRANSFER * | |
| ( ) DECREASE % $ | | ( ) PROMOTION | ( ) RECLASSIFICATION | |
| ( ) OTHER ACTION: | | | | |

* TRANSFER MUST BE APPROVED BY RELEASING AND APPOINTING AUTHORITIES, SUBJECT TO APPROVAL OF PERSONNEL DIRECTOR, PER SECTION 15, CIVIL SERVICE ACT

## REASON FOR ACTION

( X ) ANNIVERSARY STEP INCREASE (ASI) IN ACCORDANCE WITH CURRENT PAY POLICIES.     ANNIVERSARY DATE: 06-12 JPE RATING:

( ) REGULAR STATUS PER PERFORMANCE EVALUATION DATED:     JPE RATING:

TYPE OF PERFORMANCE EVALUATION: ( ) C - PROBATION II/REGULAR STATUS     ( ) F - PROBATION IV/REGULAR STATUS

( ) REPLACING PERSONNEL REQUISITION #:     VACATED BY:

WHO WAS : ( ) PROMOTED ( ) TRANSFERRED ( ) DEMOTED ( ) TERMINATED ( ) OTHER

( ) PER PERSONNEL BOARD ACTION DATED:

( ) OTHER REASON:

* TRANSFER APPROVED BY RELEASING APPOINTING AUTHORITY:     DATE:

REQUESTED BY APPOINTING AUTHORITY (DEPARTMENT HEAD):     DATE: 5-4-04

APPROVED BY PERSONNEL DIRECTOR:     DATE: 5/27/04

APPROVED BY GOVERNING BODY PER STATUS CHANGE MEMORANDUM DATED: 5/27/04

## THIS SECTION FOR PERSONNEL USE ONLY

| STATUS CODE: | NEXT EVAL: | TYPE: | ANNIVERSARY DATE: | AAP CODE: |
|---|---|---|---|---|
| SCHEDULED HOURS CODE: RG PS FS** F1 BLANK | | HOLIDAY ACCRUAL CODE: HA HF** H3 H4 | | CHANGE TYPE: SI |
| HOURLY/SALARIED: H S *FT *PT TP | *ACCRUAL START DATE: | | EXEMPT: Y N | LIFE INSURANCE: EL GL |
| RETIREMENT CODES - TAX & BENEFIT: Y | EEO FUNCTION: | EEO CATEGORY: | | WORKERS COMP CODE: |
| TERED IN: MPF | AS 400 KK | ROLODEX | | CDL/JD: |

# PERSONNEL ACTION - STATUS CHANGE REPORT

| PAYROLL EFFECTIVE DATE: 04-18-04 | DATE PREPARED: 04-05-04 | HIRE DATE: 06-12-00 |
|---|---|---|

**EMPLOYEE NAME:** Sylvia D. Summers     **SOCIAL SECURITY NUMBER:** 103808

| | CURRENT | | CHANGE TO |
|---|---|---|---|
| DEPARTMENT | POLICE | | |
| SALARY ACCOUNT | 001-1201-512-10-11 | | 001-1218-512-10-11 |
| JOB TITLE | POLICE OFFICER | | |
| JOB CODE | 281 | | |
| PAY PLAN | LEVEL 304 | STEP 04 | LEVEL    STEP |
| AMOUNTS | BIWEEKLY $ 1,115.00 | HOURLY $ 13.9375 | BIWEEKLY $    HOURLY $ |
| | | | BASE RATE FOR OT $ |

## TYPE OF ACTION

| SALARY CHANGE | ( ) REGULAR STATUS | ( ) POSITION TRANSFER | ( ) DEMOTION |
|---|---|---|---|
| ( ) INCREASE   %   $ | (X) ACCOUNT # CHANGE | ( ) DEPARTMENT TRANSFER * | |
| ( ) DECREASE   %   $ | ( ) PROMOTION | ( ) RECLASSIFICATION | |

( X ) OTHER ACTION: Departmental Changes

* TRANSFER MUST BE APPROVED BY RELEASING AND APPOINTING AUTHORITIES, SUBJECT TO APPROVAL OF PERSONNEL DIRECTOR, PER SECTION 15, CIVIL SERVICE ACT

## REASON FOR ACTION

( ) ANNIVERSARY STEP INCREASE (ASI) IN ACCORDANCE WITH CURRENT PAY POLICIES.    ANNIVERSARY DATE:    JPE RATING:

( ) REGULAR STATUS PER PERFORMANCE EVALUATION DATED:    JPE RATING:

TYPE OF PERFORMANCE EVALUATION:   ( ) C - PROBATION II/REGULAR STATUS   ( ) F - PROBATION IV/REGULAR STATUS

( ) REPLACING PERSONNEL REQUISITION #:    VACATED BY:

WHO WAS: ( ) PROMOTED   ( ) TRANSFERRED   ( ) DEMOTED   ( ) TERMINATED   ( ) OTHER

( ) PER PERSONNEL BOARD ACTION DATED:

( ) OTHER REASON:

* TRANSFER APPROVED BY RELEASING APPOINTING AUTHORITY:    DATE:

REQUESTED BY APPOINTING AUTHORITY (DEPARTMENT HEAD): Chief John C. White    DATE: 04-05-04

APPROVED BY PERSONNEL DIRECTOR:    DATE: 4-15-04

APPROVED BY GOVERNING BODY PER STATUS CHANGE MEMORANDUM DATED:

## THIS SECTION FOR PERSONNEL USE ONLY

| STATUS CODE: | NEXT EVAL: | TYPE: | ANNIVERSARY DATE: | AAP CODE: |
|---|---|---|---|---|
| SCHEDULED HOURS CODE:   RG   PS   FS**   F1   BLANK | | HOLIDAY ACCRUAL CODE:   HA   HF**   H3   H4 | | CHANGE TYPE: AC |
| HOURLY/SALARIED:   H   S   *FT   *PT   TP | *ACCRUAL START DATE: | | EXEMPT:   Y   N | LIFE INSURANCE:   EL   GL |
| RETIREMENT CODES - TAX & BENEFIT:   Y | EEO FUNCTION: 04 | EEO CATEGORY: | | WORKERS COMP CODE: |
| ENTERED IN:   MPE | AS 400 | ROLODEX N/A | | CDL/JD: |

□ COPY 1 - PERSONNEL    □ COPY 2 - FINANCE    □ COPY 3 - DEPARTMENT    □ COPY 4 - EMPLOYEE

# PERSONNEL ACTION - STATUS CHANGE REPORT

| | | |
|---|---|---|
| **PAYROLL EFFECTIVE DATE:** 11-16-03 | **DATE PREPARED:** 11-03-03 | **HIRE DATE:** 06-12-00 |

**EMPLOYEE NAME:** Sylvia D. Summers  **SOCIAL SECURITY NUMBER:** 103808

| | CURRENT | | CHANGE TO | |
|---|---|---|---|---|
| **DEPARTMENT** | POLICE | | | |
| **SALARY ACCOUNT** | 001-1217-512-10-11 | | 001-1201-512-10-11 | |
| **JOB TITLE** | POLICE OFFICER | | | |
| **JOB CODE** | 281 | | | |
| **PAY PLAN** | LEVEL 304 | STEP 04 | LEVEL | STEP |
| **AMOUNTS** | BIWEEKLY $ 1,115.00 | HOURLY $ 13.9375 | BIWEEKLY $ | HOURLY $ |
| | | | | BASE RATE FOR OT $ |

## TYPE OF ACTION

| | | | |
|---|---|---|---|
| SALARY CHANGE | ( ) REGULAR STATUS | ( ) POSITION TRANSFER | ( ) DEMOTION |
| ( ) INCREASE      %   $ | (X) ACCOUNT # CHANGE | ( ) DEPARTMENT TRANSFER * | |
| ( ) DECREASE      %   $ | ( ) PROMOTION | ( ) RECLASSIFICATION | |
| (X) OTHER ACTION: Departmental Changes | | | |

* TRANSFER MUST BE APPROVED BY RELEASING AND APPOINTING AUTHORITIES, SUBJECT TO APPROVAL OF PERSONNEL DIRECTOR, PER SECTION 15, CIVIL SERVICE ACT

## REASON FOR ACTION

( ) ANNIVERSARY STEP INCREASE (ASI) IN ACCORDANCE WITH CURRENT PAY POLICIES.     ANNIVERSARY DATE:     JPE RATING:

( ) REGULAR STATUS PER PERFORMANCE EVALUATION DATED:     JPE RATING:

TYPE OF PERFORMANCE EVALUATION:   ( ) C - PROBATION II/REGULAR STATUS    ( ) F - PROBATION IV/REGULAR STATUS

( ) REPLACING PERSONNEL REQUISITION #:     VACATED BY:

WHO WAS :  ( ) PROMOTED  ( ) TRANSFERRED  ( ) DEMOTED  ( ) TERMINATED  ( ) OTHER

( ) PER PERSONNEL BOARD ACTION DATED:

( ) OTHER REASON:

* TRANSFER APPROVED BY RELEASING APPOINTING AUTHORITY:     DATE:

REQUESTED BY APPOINTING AUTHORITY (DEPARTMENT HEAD) Chief John C. White     DATE: 11-03-03

APPROVED BY PERSONNEL DIRECTOR:     DATE: 11-17-03

APPROVED BY GOVERNING BODY PER STATUS CHANGE MEMORANDUM DATED:

## THIS SECTION FOR PERSONNEL USE ONLY

| | | | |
|---|---|---|---|
| STATUS CODE: | NEXT EVAL:      TYPE:    ANNIVERSARY DATE: | | AAP CODE: |
| SCHEDULED HOURS CODE:   RG  PS  FS**  F1  BLANK | HOLIDAY ACCRUAL CODE:   HA  HF**  H3  H4 | | CHANGE TYPE: AC |
| HOURLY/SALARIED:   H   S    *FT  *PT   TP   *ACCRUAL START DATE: | | EXEMPT:  Y   N | LIFE INSURANCE:  EL   GL |
| RETIREMENT CODES - TAX & BENEFIT:   Y | EEO FUNCTION: 04 | EEO CATEGORY: | WORKERS COMP CODE: |
| ENTERED IN:   MPF | AS 400 | ROLODEX | CDL/JD: |

☐ COPY 1 - PERSONNEL          ☐ COPY 2 - FINANCE          ☐ COPY 3 - DEPARTMENT          ☐ COPY 4 - EMPLOYEE

# PERSONNEL ACTION - STATUS CHANGE REPORT

| PAYROLL EFFECTIVE DATE: 10-19-03 | DATE PREPARED: 10-06-03 | HIRE DATE: 06-12-00 |
|---|---|---|

| EMPLOYEE NAME: Sylvia D. Summers | SOCIAL SECURITY NUMBER: 103808 |
|---|---|

| | CURRENT | CHANGE TO |
|---|---|---|
| DEPARTMENT | POLICE | |
| SALARY ACCOUNT | 001-1217-512-10-11 | |
| JOB TITLE | POLICE OFFICER | |
| JOB CODE | 281 | |
| PAY PLAN | LEVEL 304 | STEP 04 | LEVEL | STEP |
| AMOUNTS | BIWEEKLY $ 1,115.00 | HOURLY $ 13.9375 | BIWEEKLY $ | HOURLY $ |
| | | | | BASE RATE FOR OT $ |

### TYPE OF ACTION

| SALARY CHANGE | ( ) REGULAR STATUS | ( ) POSITION TRANSFER | ( ) DEMOTION |
|---|---|---|---|
| ( ) INCREASE    %  $ | ( ) ACCOUNT # CHANGE | ( ) DEPARTMENT TRANSFER * | |
| ( ) DECREASE    %  $ | ( ) PROMOTION | ( ) RECLASSIFICATION | |
| (X) OTHER ACTION:   REMOVE FROM 7K PROGRAM | | | |

* TRANSFER MUST BE APPROVED BY RELEASING AND APPOINTING AUTHORITIES, SUBJECT TO APPROVAL OF PERSONNEL DIRECTOR, PER SECTION 15, CIVIL SERVICE ACT

### REASON FOR ACTION

| ( ) ANNIVERSARY STEP INCREASE (ASI) IN ACCORDANCE WITH CURRENT PAY POLICIES.    ANNIVERSARY DATE:    JPE RATING: |
|---|
| ( ) REGULAR STATUS PER PERFORMANCE EVALUATION DATED:    JPE RATING: |
| TYPE OF PERFORMANCE EVALUATION:   ( ) C - PROBATION II/REGULAR STATUS   ( ) F - PROBATION IV/REGULAR STATUS |
| ( ) REPLACING PERSONNEL REQUISITION #:    VACATED BY: |
| WHO WAS :  ( ) PROMOTED   ( ) TRANSFERRED   ( ) DEMOTED   ( ) TERMINATED   ( ) OTHER |
| ( ) PER PERSONNEL BOARD ACTION DATED: |
| ( ) OTHER REASON: |
| * TRANSFER APPROVED BY RELEASING APPOINTING AUTHORITY:    DATE: |
| REQUESTED BY APPOINTING AUTHORITY (DEPARTMENT HEAD): Chief John C. White    DATE: 10-06-03 |
| APPROVED BY PERSONNEL DIRECTOR:    DATE: 10/8/03 |
| APPROVED BY GOVERNING BODY PER STATUS CHANGE MEMORANDUM  DATED: |

### THIS SECTION FOR PERSONNEL USE ONLY

| STATUS CODE: | NEXT EVAL: | TYPE: | ANNIVERSARY DATE: | AAP CODE: |
|---|---|---|---|---|
| SCHEDULED HOURS CODE:   RG  PS  FS**  F1  BLANK | HOLIDAY ACCRUAL CODE:   HA  HF**  H3  H4 | CHANGE TYPE: | | |
| HOURLY/SALARIED:   H   S   *FT  *PT   TP | *ACCRUAL START DATE: | EXEMPT:  Y  N | LIFE INSURANCE:  EL   GL | |
| RETIREMENT CODES - TAX & BENEFIT:    Y | EEO FUNCTION: | EEO CATEGORY: | WORKERS COMP CODE: | |
| ENTERED IN:    MPF | AS 400  KK | ROLODEX | CDL/JD: | |

▢ COPY 1 - PERSONNEL    ▢ COPY 2 - FINANCE    ▢ COPY 3 - DEPARTMENT    ▢ COPY 4 - EMPLOYEE

# Dothan Police Department

## M E M O R A N D U M



**FROM**  :  Police Chief John C. White

**TO**  :  Personnel Director Kai Davis

**DATE**  :  October 6, 2003

**SUBJECT** :  *ENVIRONMENTAL COMPLIANCE BUREAU*

Effective today, Captain John Collier is assigned as Bureau Commander of the Environmental Compliance Bureau. Assigned as subordinates are Officer Jim Matheny, Officer Brian Goguen and Officer Sylvia Summers.

Please refer all complaints concerning overgrown lots, abandoned vehicles, as well as any other environmental type complaints, to this Bureau at 615-JUNK (615-5865).

JOHN C. WHITE
Chief of Police

sl

# PERSONNEL ACTION - STATUS CHANGE REPORT

| PAYROLL EFFECTIVE DATE: | 06/01/2003 | DATE PREPARED: | 5/6/2003 | HIRE DATE: | 6/12/2000 |
|---|---|---|---|---|---|

| EMPLOYEE NAME: | SUMMERS, SYLVIA D. | | SOCIAL SECURITY NUMBER: | 103808 |
|---|---|---|---|---|

| | CURRENT | | CHANGE TO | |
|---|---|---|---|---|
| DEPARTMENT | POLICE | | | |
| SALARY ACCOUNT | 12-17-512 | | | |
| JOB TITLE | POLICE OFFICER | | | |
| JOB CODE | 281 | | | |
| PAY PLAN | LEVEL 304 | STEP 03 | LEVEL 304 | STEP 4 |
| AMOUNTS | BIWEEKLY $ 1,076.00 | HOURLY $ 13.4500 | BIWEEKLY $ 1,115.00 | HOURLY $ 13.9375 |
| | | | | BASE RATE FOR OT $ |

## TYPE OF ACTION

| SALARY CHANGE | ( ) REGULAR STATUS | ( ) POSITION TRANSFER | ( ) DEMOTION |
|---|---|---|---|
| ( X ) INCREASE 3.62 % $ 39.00 | ( ) ACCOUNT # CHANGE | ( ) DEPARTMENT TRANSFER * | |
| ( ) DECREASE % $ | ( ) PROMOTION | ( ) RECLASSIFICATION | |
| ( ) OTHER ACTION: | | | |

* TRANSFER MUST BE APPROVED BY RELEASING AND APPOINTING AUTHORITIES, SUBJECT TO APPROVAL OF PERSONNEL DIRECTOR, PER SECTION 15, CIVIL SERVICE ACT

## REASON FOR ACTION

( X ) ANNIVERSARY STEP INCREASE (ASI) IN ACCORDANCE WITH CURRENT PAY POLICIES.    ANNIVERSARY DATE: 06-12    JPE RATING:

( ) REGULAR STATUS PER PERFORMANCE EVALUATION DATED:    JPE RATING:

TYPE OF PERFORMANCE EVALUATION:    ( ) C - PROBATION II/REGULAR STATUS    ( ) F - PROBATION IV/REGULAR STATUS

( ) REPLACING PERSONNEL REQUISITION #:    VACATED BY:

WHO WAS :  ( ) PROMOTED  ( ) TRANSFERRED  ( ) DEMOTED  ( ) TERMINATED  ( ) OTHER

( ) PER PERSONNEL BOARD ACTION DATED:

( ) OTHER REASON:

* TRANSFER APPROVED BY RELEASING APPOINTING AUTHORITY:    DATE:

REQUESTED BY APPOINTING AUTHORITY (DEPARTMENT HEAD): Steve ACTING    DATE: 5-8-3

APPROVED BY PERSONNEL DIRECTOR:    DATE: 5/27/03

APPROVED BY GOVERNING BODY PER STATUS CHANGE MEMORANDUM DATED: 5/27/03

### THIS SECTION FOR PERSONNEL USE ONLY

| STATUS CODE: | NEXT EVAL: | TYPE: | ANNIVERSARY DATE: | AAP CODE: |
|---|---|---|---|---|
| SCHEDULED HOURS CODE:  RG  PS  FS**  F1  BLANK | | HOLIDAY ACCRUAL CODE:  HA  HF**  H3  H4 | | CHANGE TYPE: SI |
| HOURLY/SALARIED:  H  S  *FT  *PT  TP | *ACCRUAL START DATE: | | EXEMPT: Y  N | LIFE INSURANCE:  EL  GL |
| RETIREMENT CODES - TAX & BENEFIT:  Y | EEO FUNCTION: | EEO CATEGORY: | WORKERS COMP CODE: | |
| ENTERED IN:  MPF | AS 400 | ROLODEX | CDL/JD: | |

# Dothan Police Department

## M E M O R A N D U M

**FROM** :  Police Chief John C. White

**TO** :  All Employees

**DATE** :  May 6, 2003

**SUBJECT** :  *ACTING CHIEF OF POLICE*

While I am out of town attending a Conference on May 8-9, 2003, Captain Steve Parrish will be the Acting Chief of Police and may be reached at (334) 615-3605.

JOHN C. WHITE
Chief of Police

sl

cc:  City Manager
     Personnel

# PERSONNEL ACTION - STATUS CHANGE REPORT

| PAYROLL EFFECTIVE DATE: | 06/02/02 | DATE PREPARED: | 5/2/02 | HIRE DATE: | 6/12/00 |
|---|---|---|---|---|---|

| EMPLOYEE NAME: | SUMMERS, SYLVIA D. | SOCIAL SECURITY NUMBER: |
|---|---|---|

|  | CURRENT | | CHANGE TO | |
|---|---|---|---|---|
| DEPARTMENT | POLICE | | | |
| SALARY ACCOUNT | 12-17-512 | | | |
| JOB TITLE | POLICE OFFICER | | | |
| JOB CODE | 281 | | | |
| PAY PLAN | LEVEL 304 | STEP 02 | LEVEL 304 | STEP 3 |
| AMOUNTS | BIWEEKLY $ 1,007.00 | HOURLY $ 12.5875 | BIWEEKLY $ 1,054.00 | HOURLY $ 13.1750 |
|  |  |  |  | BASE RATE FOR OT $ |

## TYPE OF ACTION

| SALARY CHANGE | ( ) REGULAR STATUS | ( ) POSITION TRANSFER | ( ) DEMOTION |
|---|---|---|---|
| ( X ) INCREASE 4.67 % $ 47.00 | ( ) ACCOUNT # CHANGE | ( ) DEPARTMENT TRANSFER * | |
| ( ) DECREASE % $ | ( ) PROMOTION | ( ) RECLASSIFICATION | |
| ( ) OTHER ACTION: | | | |

* TRANSFER MUST BE APPROVED BY RELEASING AND APPOINTING AUTHORITIES, SUBJECT TO APPROVAL OF PERSONNEL DIRECTOR, PER SECTION 15, CIVIL SERVICE ACT

## REASON FOR ACTION

( X ) ANNIVERSARY STEP INCREASE (ASI) IN ACCORDANCE WITH CURRENT PAY POLICIES.     ANNIVERSARY DATE: 06-12   JPE RATING:

( ) REGULAR STATUS PER PERFORMANCE EVALUATION DATED:     JPE RATING:

TYPE OF PERFORMANCE EVALUATION:   ( ) C - PROBATION II/REGULAR STATUS   ( ) F - PROBATION IV/REGULAR STATUS

( ) REPLACING PERSONNEL REQUISITION #:     VACATED BY:

WHO WAS :   ( ) PROMOTED   ( ) TRANSFERRED   ( ) DEMOTED   ( ) TERMINATED   ( ) OTHER

( ) PER PERSONNEL BOARD ACTION DATED:

( ) OTHER REASON:

| * TRANSFER APPROVED BY RELEASING APPOINTING AUTHORITY: | DATE: |
|---|---|
| REQUESTED BY APPOINTING AUTHORITY (DEPARTMENT HEAD): | DATE: 5-3-02 |
| APPROVED BY PERSONNEL DIRECTOR: | DATE: 6/3/02 |

APPROVED BY GOVERNING BODY PER STATUS CHANGE MEMORANDUM DATED: 5/31/02

## THIS SECTION FOR PERSONNEL USE ONLY

| STATUS CODE: | NEXT EVAL: | TYPE: | ANNIVERSARY DATE: | AAP CODE: |
|---|---|---|---|---|
| SCHEDULED HOURS CODE: RG PS FS** F1 BLANK | HOLIDAY ACCRUAL CODE: HA HF** H3 H4 | | | CHANGE TYPE: SI |
| HOURLY/SALARIED: H S *FT *PT TP | *ACCRUAL START DATE: | | EXEMPT: Y N | LIFE INSURANCE: EL GL |
| RETIREMENT CODES - TAX & BENEFIT: Y | EEO FUNCTION: | EEO CATEGORY: | | WORKERS COMP CODE: |
| ENTERED IN: MPF | AS 400 KK | ROLODEX MM | CDL/JD: |

COPY 1 - PERSONNEL     COPY 2 - FINANCE     COPY 3 - DEPARTMENT     COPY 4 - EMPLOYEE

# PERSONNEL ACTION - STATUS CHANGE REPORT

| PAYROLL EFFECTIVE DATE: | 04-22-02 | DATE PREPARED: | 03-25-02 | HIRE DATE: | 06-12-00 |
|---|---|---|---|---|---|

**EMPLOYEE NAME:** Sylvia D. Summers          **SOCIAL SECURITY NUMBER:**

|  | CURRENT | | CHANGE TO | |
|---|---|---|---|---|
| DEPARTMENT | POLICE | | | |
| SALARY ACCOUNT | 001-1217-512-10-11 | | | |
| JOB TITLE | POLICE OFFICER | | | |
| JOB CODE | 281 | | | |
| PAY PLAN | LEVEL  304 | STEP  02 | LEVEL | STEP |
| AMOUNTS | BIWEEKLY $ | HOURLY $ | BIWEEKLY $ | HOURLY $ |
|  | | | | BASE RATE FOR OT  $ |

## TYPE OF ACTION

| SALARY CHANGE | ( X ) REGULAR STATUS | (  ) POSITION TRANSFER | (  ) DEMOTION |
|---|---|---|---|
| (  ) INCREASE        %  $ | (  ) ACCOUNT # CHANGE | (  ) DEPARTMENT TRANSFER * | |
| (  ) DECREASE        %  $ | (  ) PROMOTION | (  ) RECLASSIFICATION | |
| (  ) OTHER ACTION: | | | |

* TRANSFER MUST BE APPROVED BY RELEASING AND APPOINTING AUTHORITIES, SUBJECT TO APPROVAL OF PERSONNEL DIRECTOR, PER SECTION 15, CIVIL SERVICE ACT

## REASON FOR ACTION

(  ) ANNIVERSARY STEP INCREASE (ASI) IN ACCORDANCE WITH CURRENT PAY POLICIES.     ANNIVERSARY DATE:          JPE RATING:

( X ) REGULAR STATUS PER PERFORMANCE EVALUATION DATED:  03-25-02          JPE RATING:  2.33

TYPE OF PERFORMANCE EVALUATION:   (  ) C – PROBATION II/REGULAR STATUS   ( X ) F – PROBATION IV/REGULAR STATUS

(  ) REPLACING PERSONNEL REQUISITION #:          VACATED BY:

WHO WAS :  (  ) PROMOTED  (  ) TRANSFERRED  (  ) DEMOTED  (  ) TERMINATED  (  ) OTHER

(  ) PER PERSONNEL BOARD ACTION DATED:

(  ) OTHER REASON:

**\* TRANSFER APPROVED BY** RELEASING APPOINTING AUTHORITY:          DATE:

**REQUESTED BY** APPOINTING AUTHORITY (DEPARTMENT HEAD):          DATE:  3-25-02

APPROVED BY PERSONNEL DIRECTOR:          DATE:  4/19/02

APPROVED BY GOVERNING BODY PER STATUS CHANGE MEMORANDUM DATED:

## THIS SECTION FOR PERSONNEL USE ONLY

| STATUS CODE: CA | NEXT EVAL: | TYPE: | ANNIVERSARY DATE: | AAP CODE: |
|---|---|---|---|---|
| SCHEDULED HOURS CODE:  RG  PS  FS**  F1  BLANK | | HOLIDAY ACCRUAL CODE:  HA  HF**  H3  H4 | | CHANGE TYPE: RS |
| HOURLY/SALARIED:   H   S    *FT  *PT   TP   *ACCRUAL START DATE: | | | EXEMPT:  Y   N | LIFE INSURANCE:  EL   GL |
| RETIREMENT CODES - TAX & BENEFIT:   Y | EEO FUNCTION: | EEO CATEGORY: | | WORKERS COMP CODE: |
| TERED IN:    MPF  MM | AS 400  KK | ROLODEX  KK | CDL/JD: | |

☐ COPY 1 - PERSONNEL          ☐ COPY 2 - FINANCE          ☐ COPY 3 - DEPARTMENT          ☐ COPY 4 - EMPLOYEE

# PERSONNEL ACTION - STATUS CHANGE REPORT

| PAYROLL EFFECTIVE DATE: | 8/12/01 ~~06/03/01~~ | DATE PREPARED: 4/25/01 | HIRE DATE: 6/12/00 |
|---|---|---|---|

| EMPLOYEE NAME: | SUMMERS, SYLVIA D. | SOCIAL SECURITY NUMBER: |
|---|---|---|

|  | CURRENT | | CHANGE TO | |
|---|---|---|---|---|
| DEPARTMENT | POLICE | | | |
| SALARY ACCOUNT | 11 ~~12-20~~-512 | | | |
| JOB TITLE | Police Officer ~~JAIL SECURITY OFFICER~~ | | | |
| JOB CODE | 281 ~~261~~ | | | |
| PAY PLAN | LEVEL 304 ~~303~~ | STEP 01 | LEVEL 304 ~~303~~ | STEP 2 |
| AMOUNTS | BIWEEKLY $ 933.00 ~~788.00~~ | HOURLY $ 11.6625 ~~9.8500~~ | BIWEEKLY $ 972.00 ~~820.00~~ | HOURLY $ 12.1500 ~~10.2500~~ |
|  | | | | BASE RATE FOR OT $ |

## TYPE OF ACTION

| SALARY CHANGE | 4.18 39.00 | ( ) REGULAR STATUS | ( ) POSITION TRANSFER | ( ) DEMOTION |
|---|---|---|---|---|
| ( X ) INCREASE ~~4.06~~ % $ ~~32.00~~ | | ( ) ACCOUNT # CHANGE | ( ) DEPARTMENT TRANSFER * | |
| ( ) DECREASE % $ | | ( ) PROMOTION | ( ) RECLASSIFICATION | |
| ( ) OTHER ACTION: | | | | |

* TRANSFER MUST BE APPROVED BY RELEASING AND APPOINTING AUTHORITIES, SUBJECT TO APPROVAL OF PERSONNEL DIRECTOR, PER SECTION 15, CIVIL SERVICE ACT

## REASON FOR ACTION

( X ) ANNIVERSARY STEP INCREASE (ASI) IN ACCORDANCE WITH CURRENT PAY POLICIES.     ANNIVERSARY DATE: 06-12   JPE RATING:

( ) REGULAR STATUS PER PERFORMANCE EVALUATION DATED:     JPE RATING:

TYPE OF PERFORMANCE EVALUATION:   ( ) C - PROBATION II/REGULAR STATUS   ( ) F - PROBATION IV/REGULAR STATUS

( ) REPLACING PERSONNEL REQUISITION #:     VACATED BY:

WHO WAS: ( ) PROMOTED ( ) TRANSFERRED ( ) DEMOTED ( ) TERMINATED ( ) OTHER

( ) PER PERSONNEL BOARD ACTION DATED:

( ) OTHER REASON:

* TRANSFER APPROVED BY RELEASING APPOINTING AUTHORITY:     DATE:

REQUESTED BY APPOINTING AUTHORITY (DEPARTMENT HEAD):     DATE: 4-26-01

APPROVED BY PERSONNEL DIRECTOR:     DATE: 8/7/01

APPROVED BY GOVERNING BODY PER STATUS CHANGE MEMORANDUM DATED: 8/6/01

## THIS SECTION FOR PERSONNEL USE ONLY

| STATUS CODE: | NEXT EVAL: | TYPE: | ANNIVERSARY DATE: | AAP CODE: |
|---|---|---|---|---|
| SCHEDULED HOURS CODE: RG PS FS** F1 BLANK | | HOLIDAY ACCRUAL CODE: HA HF** H3 H4 | | CHANGE TYPE: SI |
| HOURLY/SALARIED: H S *FT *PT TP | *ACCRUAL START DATE: | | EXEMPT: Y N | LIFE INSURANCE: EL GL |
| RETIREMENT CODES - TAX & BENEFIT: Y | EEO FUNCTION: | EEO CATEGORY: | | WORKERS COMP CODE: |
| ENTERED IN: MPF mm | AS 400 KK | ROLODEX mm | | CDL/JD: |

COPY 1 PERSONNEL       COPY 2 FINANCE       COPY 3 DEPARTMENT

# PERSONNEL ACTION - STATUS CHANGE REPORT

| PAYROLL EFFECTIVE DATE: | 05-20-01 | DATE PREPARED: | 05-03-01 | HIRE DATE: | 06-12-00 |
|---|---|---|---|---|---|

EMPLOYEE NAME: Sylvia D. Summers          SOCIAL SECURITY NUMBER:

| | CURRENT | | CHANGE TO | |
|---|---|---|---|---|
| DEPARTMENT | POLICE | | | |
| SALARY ACCOUNT | 001-1217-512-10-11 | | | |
| JOB TITLE | POLICE OFFICER | | | |
| JOB CODE | 281 | | | |
| PAY PLAN | LEVEL 304 | STEP 01 | LEVEL | STEP |
| AMOUNTS | BIWEEKLY $ 933.00 | HOURLY $ 11.6625 | BIWEEKLY $ | HOURLY $ |
| | | | | BASE RATE FOR OT $ |

## TYPE OF ACTION

| SALARY CHANGE | ( ) REGULAR STATUS | ( ) POSITION TRANSFER | ( ) DEMOTION |
|---|---|---|---|
| ( ) INCREASE          %   $ | ( ) ACCOUNT # CHANGE | ( ) DEPARTMENT TRANSFER * | |
| ( · ) DECREASE          %   $ | ( ) PROMOTION | ( ) RECLASSIFICATION | |
| ( X ) OTHER ACTION:   ADD TO 7K PROGRAM | | | |

* TRANSFER MUST BE APPROVED BY RELEASING AND APPOINTING AUTHORITIES, SUBJECT TO APPROVAL OF PERSONNEL DIRECTOR, PER SECTION 15, CIVIL SERVICE ACT

## REASON FOR ACTION

( ) ANNIVERSARY STEP INCREASE (ASI) IN ACCORDANCE WITH CURRENT PAY POLICIES.          ANNIVERSARY DATE:          JPE RATING:

( ) REGULAR STATUS PER PERFORMANCE EVALUATION DATED:          JPE RATING:

TYPE OF PERFORMANCE EVALUATION:     ( ) C - PROBATION II/REGULAR STATUS     ( ) F - PROBATION IV/REGULAR STATUS

( ) REPLACING PERSONNEL REQUISITION #:          VACATED BY:

WHO WAS : ( ) PROMOTED ( ) TRANSFERRED ( ) DEMOTED ( ) TERMINATED ( ) OTHER

( ) PER PERSONNEL BOARD ACTION DATED:

( ) OTHER REASON:

* TRANSFER APPROVED BY RELEASING APPOINTING AUTHORITY:          DATE:

REQUESTED BY APPOINTING AUTHORITY (DEPARTMENT HEAD): Chief John C. White          DATE: 05-03-01

APPROVED BY PERSONNEL DIRECTOR:          DATE: 5/16/01

APPROVED BY GOVERNING BODY PER STATUS CHANGE MEMORANDUM DATED:

## THIS SECTION FOR PERSONNEL USE ONLY

| STATUS CODE: | NEXT EVAL: | TYPE: | ANNIVERSARY DATE: | AAP CODE: |
|---|---|---|---|---|
| SCHEDULED HOURS CODE:   RG  PS  FS**  F1  BLANK | | HOLIDAY ACCRUAL CODE:   HA  HF**  H3  H4 | | CHANGE TYPE: |
| HOURLY/SALARIED:   H   S | *FT  *PT  TP | *ACCRUAL START DATE: | EXEMPT:  Y    N | LIFE INSURANCE:  EL   GL |
| RETIREMENT CODES - TAX & BENEFIT:   Y. | EEO FUNCTION: | EEO CATEGORY: | | WORKERS COMP CODE: |
| TERED IN:   MPF | AS 400 | ROLODEX | CDL/JD: | |

☐ COPY 1 - PERSONNEL          ☐ COPY 2 - FINANCE          ☐ COPY 3 - DEPARTMENT          ☐ COPY 4 - EMPLOYEE

# PERSONNEL ACTION - STATUS CHANGE REPORT

| PAYROLL EFFECTIVE DATE: 04-22-01 | DATE PREPARED: 04-04-01 | HIRE DATE: 06-12-00 |
|---|---|---|

| EMPLOYEE NAME: Sylvia D. Summers | | SOCIAL SECURITY NUMBER: | |
|---|---|---|---|
| | **CURRENT** | | **CHANGE TO** |
| DEPARTMENT | Police | | |
| SALARY ACCOUNT | 001-1220-512-10-11 | | 001-1217-512-10-11 |
| JOB TITLE | Jail Security Officer | | Police Officer |
| JOB CODE | 261 | | 281 |
| PAY PLAN | LEVEL 303 | STEP 01 | LEVEL 304 STEP 01 |
| AMOUNTS | BIWEEKLY $ 788.00 | HOURLY $ 9.8500 | BIWEEKLY $ 933.00  HOURLY $ 11.6625 |
| | | | BASE RATE FOR OT $ |

## TYPE OF ACTION

| SALARY CHANGE | ( ) REGULAR STATUS | (X) POSITION TRANSFER | ( ) DEMOTION |
|---|---|---|---|
| ( X ) INCREASE 18.4 % $145.00 | ( X ) ACCOUNT # CHANGE | ( ) DEPARTMENT TRANSFER * | |
| ( ) DECREASE % $ | ( X ) PROMOTION | ( ) RECLASSIFICATION | |
| ( ) OTHER ACTION: | | | |

\* TRANSFER MUST BE APPROVED BY RELEASING AND APPOINTING AUTHORITIES, SUBJECT TO APPROVAL OF PERSONNEL DIRECTOR, PER SECTION 15, CIVIL SERVICE ACT

## REASON FOR ACTION

( ) ANNIVERSARY STEP INCREASE (ASI) IN ACCORDANCE WITH CURRENT PAY POLICIES.   ANNIVERSARY DATE:   JPE RATING:

( ) REGULAR STATUS PER PERFORMANCE EVALUATION DATED:   JPE RATING:

TYPE OF PERFORMANCE EVALUATION: ( ) C - PROBATION II/REGULAR STATUS   ( ) F - PROBATION IV/REGULAR STATUS

( X ) REPLACING PERSONNEL REQUISITION #: ~~01025 00160~~ VACATED BY: ~~McKnight~~ *Owens Series*

WHO WAS : ( ) PROMOTED ( X ) TRANSFERRED ( ) DEMOTED ( ) TERMINATED ( ) OTHER

( ) PER PERSONNEL BOARD ACTION DATED:

( ) OTHER REASON:

**\* TRANSFER APPROVED BY** RELEASING APPOINTING AUTHORITY:   DATE:

**REQUESTED BY** APPOINTING AUTHORITY (DEPARTMENT HEAD): Chief John Calvano   DATE: 04-04-01

APPROVED BY PERSONNEL DIRECTOR:   DATE: 4/17/01

APPROVED BY GOVERNING BODY PER STATUS CHANGE MEMORANDUM DATED: 4/16/01

## THIS SECTION FOR PERSONNEL USE ONLY

| STATUS CODE: PB | NEXT EVAL: 07-30-01 | TYPE: A | ANNIVERSARY DATE: | AAP CODE: |
|---|---|---|---|---|
| SCHEDULED HOURS CODE: RG (PS) FS** F1 BLANK | | HOLIDAY ACCRUAL CODE: (HA) HF** H3 H4 | | CHANGE TYPE: PT |
| HOURLY/SALARIED: (H) S (FT) *PT TP | *ACCRUAL START DATE: | | EXEMPT: Y (N) | LIFE INSURANCE: EL GL |
| RETIREMENT CODES - TAX & BENEFIT: Y | EEO FUNCTION: 04 | EEO CATEGORY: PS | WORKERS COMP CODE: 7120 | |
| ENTERED IN: MPF MM | AS 400 KK | ROLODEX MM | CDL/JD: | |

## MEMORANDUM OF CERTIFICATION

FROM    : James H. Owen, Personnel Director
TO      : John C. White, Police Chief
DATE    : March 21, 2001
SUBJECT: POLICE OFFICER (281-00-01/01*)

Listed below are the names of ____9____ applicants for the above named position. The applications are attached and must be returned to the EEO Officer with selection/nonselection memo. You must interview all applicants certified. After interviewing applicants for promotion or hire, submit your memorandum of selection and/or nonselection, as required by the City of Dothan Consent Decree 75-57-S, to the EEO Officer, and copy to the Personnel Director. You will be notified by Personnel when to continue employment process. If applicant successfully passes the physical, complete PART II, SECTION A, for new hires or SECTION B for promotions or transfers and return. No action will be taken by Personnel until all necessary paperwork is received.

NOTE: If this is a position that requires a valid driver's license, the department head is responsible for verifying that the applicant possesses a valid driver's license at the time you commit to hire. If this is a position that requires a CDL, the department head is responsible for assuring that the individual selected obtains proper CDL/Class within 90 days of hire or promotion date.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

PART I (To be completed by the Personnel Department) Listed below are the names of the eligible applicants for the above position:

| CERTIFIED | NON-CERTIFIED |
|---|---|
| *Bowman, Charles M | *Schaefer III, Arthur E |
| *Saad, Michael | *Costello, Salvatore |
| *Smith, Tony E | *Gill, Christopher D |
| | *Campbell, Michael S |
| | *Faulkner, Gary B |
| | *Summers, Sylvia D |

*Applications previously submitted

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

PART II (To be completed by the receiving department and signed by department head.)

SECTION A  (To be completed for all new hires)

_____Sylvia D. Summers_____ is being hired,

_____Police Officer_____ Job Code ____281____

Pay Plan Level __304__   Step __01__   HR Rate __11.6625__   BW Rate __933.00__

Starting Date __04-22-01__   Salary Account No. ____001-1217-512-10-11____

Replacing____McKnight(01025) Nichols(01026) Tomlin(01030) Herring(01031)____

_____Police_____   __04-04-01__
DEPARTMENT            SIGNATURE OF DEPARTMENT HEAD      DATE

*Owens Series 00-160*

SECTION B (To be completed for promotions or transfers) Attach properly executed status change form.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

DOB _____   R/S _____   RB _____   Initials _____

# PHYSICAL SCREENING FORM

Notified L/S

DATE _4-4-01_  PERS DEPT STAFF INITIALS _____

APPLICANT'S FULL NAME _Sylvia Summers_

POSITION _Jail Security Officer to Police Officer_

CDL? Y or (N)

RE-EVALUATE: Last physical dated _5-12-00_

==================================================

| TYPE OF SCREENING | DATE | TIME | RESULTS |
|---|---|---|---|
| Health History Assessment : | | | A |
| Physical Screening : | Mon 4/9 | 10:00 a.m. | |
| Physician Physical : | | | |
| TB Skin Examination : | 4-9-01 | | |
| TB Skin Exam Reading : | 4-11-01 | | |
| Stress Test : | | | |
| Drug/Alcohol Testing : | N/A City Employee | | |
| : | | | |
| : | | | |
| : | | | |

### CLINIC APPRAISAL/COMMENTS

RECEIVED APR 12 2001

Applicant's present physical and/or mental condition meets physical and/or mental standards for position in medical category _A_

EHC STAFF /S/ _____ DATE _4/12/01_

==================================================

PERSONNEL DEPARTMENT USE ONLY

==================================================

-Continue to Back of Form-

FORMS03/PF#168/DW4/APPROVED PBA 12-10-90/REV 5-95

Applicant's present physical and/or mental condition fails to meet physical and/or mental standards for position in medical category_____. Employment of this individual in a position in this medical category could endanger the health and safety of the applicant or health and safety of others.

/S/_____ DATE _____
    Employee Health Clinic Staff

/S/_____ DATE _____
    Employee Health Clinic Medical Director

Reasonable accommodations (circle one) can cannot be provided, without creating an undue hardship for the City of Dothan, for the employment of this applicant in this position.

Please explain:_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

/S/_____ DATE _____
    Safety Coordinator

Pursuant to the information given above, this applicant is (circle one) approved disapproved for employment/promotion.

/S/_____ DATE 7/12/01
    Personnel Director

FORMS03/PF#168/DW4/APPROVED PBA 12-10-90/REV 5-95

# PERSONNEL ACTION - STATUS CHANGE REPORT

| | | | |
|---|---|---|---|
| **PAYROLL EFFECTIVE DATE:** 04-22-01 | **DATE PREPARED:** 04-04-01 | | **HIRE DATE:** 06-12-00 |

| | |
|---|---|
| **EMPLOYEE NAME:** Sylvia D. Summers | **SOCIAL SECURITY NUMBER:** |

| | CURRENT | | CHANGE TO | |
|---|---|---|---|---|
| **DEPARTMENT** | Police | | | |
| **SALARY ACCOUNT** | 001-1220-512-10-11 | | 001-1217-512-10-11 | |
| **JOB TITLE** | Jail Security Officer | | Police Officer | |
| **JOB CODE** | 261 | | 281 | |
| **PAY PLAN** | LEVEL 303 | STEP 01 | LEVEL 304 | STEP 01 |
| **AMOUNTS** | BIWEEKLY $ 788.00 | HOURLY $ 9.8500 | BIWEEKLY $ 933.00 | HOURLY $ 11.6625 |
| | | | | BASE RATE FOR OT $ |

## TYPE OF ACTION

| SALARY CHANGE | ( ) REGULAR STATUS | (X) POSITION TRANSFER | ( ) DEMOTION |
|---|---|---|---|
| ( X ) INCREASE 18.4 % $145.00 | ( X) ACCOUNT # CHANGE | ( ) DEPARTMENT TRANSFER * | |
| ( ) DECREASE % $ | ( X) PROMOTION | ( ) RECLASSIFICATION | |
| ( ) OTHER ACTION: | | | |

\* TRANSFER MUST BE APPROVED BY RELEASING AND APPOINTING AUTHORITIES, SUBJECT TO APPROVAL OF PERSONNEL DIRECTOR, PER SECTION 15, CIVIL SERVICE ACT

## REASON FOR ACTION

( ) ANNIVERSARY STEP INCREASE (ASI) IN ACCORDANCE WITH CURRENT PAY POLICIES.     ANNIVERSARY DATE:          JPE RATING:

( ) REGULAR STATUS PER PERFORMANCE EVALUATION DATED:          JPE RATING:

TYPE OF PERFORMANCE EVALUATION:     ( ) C - PROBATION II/REGULAR STATUS     ( ) F - PROBATION IV/REGULAR STATUS

( X ) REPLACING PERSONNEL REQUISITION #: ~~01025 00160~~     VACATED BY: ~~McKnight~~ Owens Series

WHO WAS : ( ) PROMOTED   (X) TRANSFERRED   ( ) DEMOTED   ( ) TERMINATED   ( ) OTHER

( ) PER PERSONNEL BOARD ACTION DATED:

( ) OTHER REASON:

\* TRANSFER APPROVED BY RELEASING APPOINTING AUTHORITY:          DATE:

REQUESTED BY APPOINTING AUTHORITY (DEPARTMENT HEAD): Chief John C. Savage     DATE: 04-04-01

APPROVED BY PERSONNEL DIRECTOR:          DATE: 4/17/01

APPROVED BY GOVERNING BODY PER STATUS CHANGE MEMORANDUM DATED: 4/16/01

## THIS SECTION FOR PERSONNEL USE ONLY

| STATUS CODE: CB | NEXT EVAL: 07-30-01 | TYPE: A | ANNIVERSARY DATE: | | AAP CODE: |
|---|---|---|---|---|---|
| SCHEDULED HOURS CODE: RG (PS) FS** F1 BLANK | | HOLIDAY ACCRUAL CODE: (HA) HF** H3 H4 | | | CHANGE TYPE: PT |
| HOURLY/SALARIED: (H) S (FT) *PT TP | *ACCRUAL START DATE: | | | EXEMPT: Y (N) | LIFE INSURANCE: EL GL |
| RETIREMENT CODES - TAX & BENEFIT: Y | EEO FUNCTION: 04 | | EEO CATEGORY: PS | | WORKERS COMP CODE: 7720 |
| ENTERED IN: MPF Mm | AS 400 KK | | ROLODEX Mm | | CDL/JD: |

<u>MEMORANDUM OF CERTIFICATION</u>

FROM    : James H. Owen, Personnel Director
TO      : John C. White, Police Chief
DATE    : March 21, 2001
SUBJECT: POLICE OFFICER (281-00-01/01*)

Listed below are the names of _____9_____ applicants for the above named position. The applications are attached and must be returned to the EEO Officer with selection/nonselection memo. You must interview all applicants certified. After interviewing applicants for promotion or hire, submit your memorandum of selection and/or nonselection, as required by the City of Dothan Consent Decree 75-57-S, to the EEO Officer, and copy to the Personnel Director. You will be notified by Personnel when to continue employment process. If applicant successfully passes the physical, complete PART II, SECTION A, for new hires or SECTION B for promotions or transfers and return. No action will be taken by Personnel until all necessary paperwork is received.

NOTE: If this is a position that requires a valid driver's license, the department head is responsible for verifying that the applicant possesses a valid driver's license at the time you commit to hire. If this is a position that requires a CDL, the department head is responsible for assuring that the individual selected obtains proper CDL/Class within 90 days of hire or promotion date.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

PART I (To be completed by the Personnel Department) Listed below are the names of the eligible applicants for the above position:

| CERTIFIED | NON-CERTIFIED |
|---|---|
| *Bowman, Charles M | *Schaefer III, Arthur E |
| *Saad, Michael | *Costello, Salvatore |
| *Smith, Tony E | *Gill, Christopher D |
| | *Campbell, Michael S |
| | *Faulkner, Gary B |
| | *Summers, Sylvia D |

*Applications previously submitted

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

PART II (To be completed by the receiving department and signed by department head.)

SECTION A  (To be completed for all new hires)

_____Sylvia D. Summers_____ is being hired,

_____Police Officer_____ Job Code ___281___

Pay Plan Level __304__ Step __01__ HR Rate 11.6625  BW Rate 933.00

Starting Date __04-22-01__ Salary Account No. ___001-1217-512-10-11___

Replacing __McKnight(01025) Nichols(01026) Tomlin(01028) Herring(01031)__

_____Police_____     _____  __04-04-01__
       DEPARTMENT                SIGNATURE OF DEPARTMENT HEAD       DATE

SECTION B (To be completed for promotions or transfers) Attach properly executed status change form.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

DOB _____    R/S _____    RB _____    Initials _____

# PHYSICAL SCREENING FORM

Notified L/S

DATE **4-4-01**  PERS DEPT STAFF INITIALS _____

APPLICANT'S FULL NAME  *Sylvia Summers*

POSITION  *Jail Security Officer to Police Officer*

CDL?  Y or (N)

RE-EVALUATE:  Last physical dated  **5-12-00**

===========================================================

| TYPE OF SCREENING | DATE | TIME | RESULTS |
|---|---|---|---|
| Health History Assessment | : | | A |
| Physical Screening | : Mon 4/9 | 10:00 a.m. | |
| Physician Physical | : | | |
| TB Skin Examination | : 4-9-01 | | |
| TB Skin Exam Reading | : 4-11-01 | | |
| Stress Test | : | | |
| Drug/Alcohol Testing | : N/A City Employee | | |
| _____ | : | | |
| _____ | : | | |
| _____ | : | | |

## CLINIC APPRAISAL/COMMENTS

RECEIVED
APR 12 2001

===========================================================

Applicant's present physical and/or mental condition meets physical and/or mental
standards for position in medical category **A**

EHC STAFF /S/ _____ DATE 4/12/0

===========================================================

PERSONNEL DEPARTMENT USE ONLY

===========================================================

-Continue to Back of Form-

# APPLICATION FOR CITY OF DOTHAN EMPLOYMENT - PF #105

Type, print or write plainly so that your application will be legible when reproduced (black type, black or dark blue ballpoint pen).

## GENERAL INFORMATION

**FOR PERSONNEL USE ONLY**
{Date(s) of changes, addition, updates, notes, etc.}

DD214   Y ☐   N ☐   N/A ☑

*Cl 4-5*

1. What job are you applying for? Give job title and announcement number

*Police Officer    281-00-01*

2. Social Security Number
*(needed for employ/background investigations.)*

3. Home Phone
*Area Code + Number*

4. Work Phone
*Area Code + Number*

*(334) 585-3141*

5. Name and Telephone Number of Another Point of Contact *Kathy Stewart*

*(334)*

6. Driver's License Number        State

*5188717        AL*

7. Driver's License Class/Restrictions/Expiration Date

*DM    —    12/6/03*

Endorsements If Any:

8. Your Name (Last, First, Middle)

*Summers    Sylvia    Devine*

9. Is use of another name necessary to check your work record? If yes, please explain:

Mailing address

No. Street:

City/State/Zip +4: *Dothan, Al*

Street Address if different from Mailing Address:

11. Are you currently employed by the City of Dothan?    Yes ☐    No ☑

If yes, give your job title and department: _____

12. Have you ever worked for the City ?    Yes ☐    No ☑

If yes, list dates and department: _____

a. Have you ever been dismissed from the City ?    Yes ☐    No ☐

13. Are you willing to work weekends, shifts or rotating shifts?    Yes ☑    No ☐

14. Are you related to anyone on the Board of City Commission or a Department Head?    Yes ☐    No ☑

If yes, list name(s), department and *explain* relationship: _____

15. Have you ever been discharged from another job for cause?    Yes ☐    No ☑

If yes, explain (Give dates, employers and details. Attach a separate sheet of paper if necessary): _____

Do you hold any political office? (The Civil Service Act of Dothan and Alabama Law prohibits City employees from holding local, City of Dothan, political office)    Yes ☐    No ☑

If yes, title of office: _____



**CITY OF DOTHAN PERSONNEL DEPARTMENT**
P.O. Box 2128 - DOTHAN, ALABAMA 36302-2128
24 - HOUR JOB LINE (334) 793-0309 • PHONE: (334) 793-0151 • FAX (334) 712-2567
Telecommunication Device (TDD) for the speech and/or hearing impaired (334) 792-2378
http://www.dothan.org

An Equal Opportunity
Employer M/F/D

**READ THE FOLLOWING INSTRUCTIONS CAREFULLY BEFORE YOU COMPLETE THIS APPLICATION**

**DO NOT SUBMIT A RESUME INSTEAD OF THIS APPLICATION.** You may attach your resume to this application; however, the application must be completed. If you need additional space you may attach sheets to this application. In order to be considered for the position for which you are applying, you must submit a completed application. A sample of a completed application is posted on the Personnel Department bulletin board. NOTE: You can apply for only one position on this application. You may supplement this application with copies of certificates, diplomas, licenses, etc; however, **DO NOT SEND ANY PAPERS WHICH YOU WOULD WANT RETURNED.**

1. Read the job announcement. Be sure that your work experience and/or education meet the qualifications described on the position announcement.

2. Read carefully and complete each question and/or statement on the application and/or supplemental application for employment. If the question or statement does not apply to you, write "N/A".

3. Give complete name and address of each school you have attended, and complete each column for record of education.

4. NOTE: YOUR APPLICATION WILL NOT BE PROCESSED WITHOUT THE FOLLOWING INFORMATION: Give complete dates of employment to include at least the MONTH AND YEAR you started and left the place you worked; and give complete name and mailing address for all places you have worked. If you are listing volunteer work to qualify for a position, an experience block must be completed in the same manner as a paid job.
   Give your job title, the name of the person to whom you reported, and a brief reason for leaving each place you have worked or volunteered.
   DESCRIBE CLEARLY what you did at each place you have worked. Do not use abbreviations in the description of duties and responsibilities. If you do not describe your work experience, it will not be possible to determine if you meet the requirements of the position for which you are applying. We may verify your description with your former employers. If you had a major change of duties or responsibilities while you worked for the same employer, describe each major change as a separate job. This also applies to applicants listing military experience to qualify for a position. Each time you had a major change in responsibilities it should be listed separately.
   Write in each experience block your name at the time you were employed or volunteered, if it is different from the name you currently use. List your name used at that time on the first line under Description of Duties and Responsibilities.
   List, in the Personal References section, the name, mailing address (box number is required if a route is given) and telephone number of at least two (2) people {Police Officer and Fire Fighter applicants must list at least three (3) people} who know you. Do not list persons related to you or for whom you have worked in the past.
   Sign (in your usual handwriting) and date the "Applicant Certification and Agreement" form; and the "Authorization, Release and Consent" form. If left unsigned, your application will not be considered.

5. If the job announcement states a valid driver's license is required, you must present your driver's license to the receptionist at time of application for verification.

6. If hired you must present proof of identity and employment eligibility as stipulated in TITLE 8, U.S. CODE, SECTION 132A (i.e., driver's license, Social Security Card issued by the Social Security Administration).

7. The City of Dothan verifies past employment, performs background investigations, and administers employment physicals which includes drug/alcohol testing. A photo I.D., with signature, is required for employment physicals.

8. We may request that you complete a Supplemental Application form. If you list work you have done for a company on the supplemental application, and do not list the company on your employment application, you will not receive credit for this work. The same applies to education, courses completed, etc.

9. Applications for the announced position are retained for a period not to exceed two years unless re-advertised. Should it be necessary to re-advertise the position, all previous applicants must reapply. It is the applicant's responsibility to monitor the City of Dothan's 24-hour Job Line (334) 793-0309. REMINDER: You may apply for only one position on this employment application.

10. You must notify us immediately if your address or any of the telephone numbers you have listed changes. (Note: Completing a U.S. Postal Service forwarding of address form does not release you from notifying us immediately if your address changes). Your name will be removed from consideration for this position if we cannot contact you within a reasonable length of time.

11. Applicants applying for positions in the Police Department must also complete form #PF281.

12. The City of Dothan is a public employer. Employment applications, resumes, and contents thereof, are a matter of public record. (Chambers v. Birmingham News Company, 552 S. 2d 854 (Ala. 1989)

13. Please advise the Personnel Department's staffperson issuing and/or receiving your application, if you will need assistance and/or accommodation to participate in the application process. For example accommodations for a test, a job interview, or a job demonstration.

PF. 105/REV. 2-99

1

SUPPLEMENTAL APPLICATION FORM
FOR
<u>POLICE DEPARTMENT APPLICANTS</u>

1. LIST YOUR RESIDENCE ADDRESS(ES) FOR THE PAST TEN (10) YEARS, AND LENGTH OF TIME AT EACH ADDRESS:

RESIDENCE: _____

_____ Dothan, Alabama _____

_____

Length at this residence: ____ 8 yrs _____

RESIDENCE: _____

_____ Dothan, Alabama _____

_____

Length at this residence: ____ 2 yrs _____

RESIDENCE: _____

_____

_____

Length at this residence: _____

RESIDENCE: _____

_____

_____

Length at this residence: _____

RESIDENCE: _____

_____

_____

Length at this residence: _____

RESIDENCE: _____

_____

_____

Length at this residence: _____

(CONTINUE ON BACK)

\FORMS-3A\PF-281

PF#281 – SUPPLEMENTAL POLICE DEPARTMENT APPLICATION FORM

RESIDENCE: _____

_____

_____

Length at this residence: _____

RESIDENCE: _____

_____

_____

Length at this residence: _____

RESIDENCE: _____

_____

_____

Length at this residence: _____

2. SINCE AGE 18, HAVE YOU BEEN CONVICTED OF A CRIME OR ANY OFFENSE OTHER THAN MINOR TRAFFIC VIOLATIONS OR DO YOU CURRENTLY HAVE CHARGES PENDING AGAINST YOU?
YES _____    NO ____NO_____.

IF YES, EXPLAIN:

RECEIVED
MAR 3 1 2000
PERSONNEL DEPARTMENT

I CERTIFY THAT THE ABOVE INFORMATION IS ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF. I UNDERSTAND THAT MISREPRESENTATION OR OMISSION OF FACTS WILL BE CAUSE FOR CANCELLATION OF CONSIDERATION FOR PROMOTION/EMPLOYMENT OR DISMISSAL IF EMPLOYED/PROMOTED.

_____          3-31-00
USUAL SIGNATURE OF APPLICANT                    DATE

17. Have you reached your 18th Birthdate?   Yes ☑   No ☐      If hired, can you furnish proof of age?   Yes ☑   No ☐

# MILITARY SERVICE

18. Have you ever served in the United States Military Service?   Yes ☐   No ☑

If Yes, all police officer applicants must submit a copy of their DD FORM 214 at time of application; and/or if you are applying for other positions and you wish credit for applicable military service, you must provide, at the time of application, a complete copy of your DD FORM 214(s) for all active duty entry and ending dates. There will be no extension of this time limit.

# RECORD OF EDUCATION

19. Did you graduate from high school (If you have a GED high school equivalence answer yes)?   Yes ☑   No ☐

Name and address of school where graduated or received GED: Dothan High School
S. Oates St. Dothan, Al.

20. If you did not graduate from high school, (or do not possess a GED certificate), indicate highest school grade completed: _____

Name and address of school: _____

## 21. POST SECONDARY EDUCATION

| NAME OF SCHOOL/TRAINING/COURSES (CITY, STATE, ZIP CODE) | COLLEGE MAJOR/ CHIEF SUBJECTS TRAINING, COURSES, ETC. | # OF CREDITS/HOURS COMPLETED. INDICATE SEMESTER OR QUARTER | DEGREE/ CERTIFICATE RECEIVED |
|---|---|---|---|
| 1) George C. Wallace Community College Dothan, Al. 36303 | Emergency Med Tech Computer Science | 12 quarters | EMT-II |
| 2) Riley School of Business | | | |
| 3) | | | |

(More related courses? Attach a sheet of paper or list in question #23)

3

# 22. WORK EXPERIENCE

LIST MOST RECENT JOB FIRST. We will provide you with additional experience blocks if necessary. (NOTE: If you use military experience to meet the qualifications for the position you are applying for, month and year you began performing the qualifying duties, and month and year ended must be specified - not your entire tour of duty.) Applicants may also list volunteer experience that relate to the qualifications.

**1) Name and address of employer (include Zip Code)**

Movie Gallery #1092
515-C Abbe Plaza
Abbeville, Al. 36310

Type of Business
Movie Rental

Work Area Code and Phone Number
(330) 585 - 3141

Dates employed (give month and Year)
From: July 99 To: Current

Average number of hours per week
45

Salary or earnings
Starting $ 7.50 per hr
Ending $ 19000.00 per yre

Exact title of your job
Store Mgr

Your reason for leaving or wanting to leave
Currently Employed

Name of your immediate supervisor
Jeff Skelton

Description of primary duties and responsibilities:
Inventory maintence, Scheduling, Running the store, deposits
shipping and recieving, planning, Cash auditing and Handling

Other Duties:

**2) Name and address of employer (include Zip Code)**

Mobile Tele-com Inc.
7150-B Hurricane Rd.
Mobile, Alabama  Bay Minette, Al
                  36507

Type of Business
Cable Construction

Work Area Code and Phone Number
(334) 345 - 7657

Dates employed (give month and Year)
From: April 99 To: March 00

Average number of hours per week
40

Salary or earnings
Starting $ 300.00 per week
Ending $ per

Exact title of your job
Administrative Ast.

Your reason for leaving or wanting to leave
Went to other, Currently there

Name of your immediate supervisor
George Shelley

Description of primary duties and responsibilities:
Computer Tracking, Filing Insurance, Typing memos, Filing, Telephone

Other Duties:

**3) Name and address of employer (include Zip Code)**

Checkers Drive-in Restaurant
Daleville Ave Daleville, Al.

Type of Business
Restaurant

Work Area Code and Phone Number
(334) 598 - 9152

Dates employed (give month and Year)
From: Aug 98 To: Aug 99

Average number of hours per week
45

Salary or earnings
Starting $ 300 per week
Ending $ 300 per week

Exact title of your job
Assl. Mgr

Your reason for leaving or wanting to leave
Business Closed

Name of your immediate supervisor
Kym Abner

Description of primary duties and responsibilities:
Open /closing procedures, Cash audit, Running shifts, Reports
Inventory.

Other Duties:

Please continue. . .

4) Name and address of employer (include Zip Code)

| | |
|---|---|
| Dates employed (give month and Year)<br>From: To: | Average number of hours per week |
| Salary or earnings<br>Starting $ per<br>Ending $ per | Exact title of your job |

| Type of Business | Your reason for leaving or wanting to leave |
|---|---|
| Work Area Code and Phone Number<br>( ) | Name of your immediate supervisor |

Description of primary duties and responsibilities:

_____

_____

_____

_____

Other Duties:

5) Name and address of employer (include Zip Code)

| | |
|---|---|
| Dates employed (give month and Year)<br>From: To: | Average number of hours per week |
| Salary or earnings<br>Starting $ per<br>Ending $ per | Exact title of your job |

| Type of Business | Your reason for leaving or wanting to leave |
|---|---|
| Work Area Code and Phone Number<br>( ) | Name of your immediate supervisor |

Description of primary duties and responsibilities:

_____

_____

_____

_____

Other Duties:

6) Name and address of employer (include Zip Code)

| | |
|---|---|
| Dates employed (give month and Year)<br>From: To: | Average number of hours per week |
| Salary or earnings<br>Starting $ per<br>Ending $ per | Exact title of your job |

| Type of Business | Your reason for leaving or wanting to leave |
|---|---|
| Work Area Code and Phone Number<br>( ) | Name of your immediate supervisor |

Description of primary duties and responsibilities:

_____

_____

Other Duties:

**MORE JOBS? PLEASE ASK THE RECEPTIONIST FOR ADDITIONAL EXPERIENCE FORMS.**

23. List awards, honors, other skills, qualifications, or comments which would assist us in evaluating your application. If you use this space to continue an answer to a question please indicate the question number.

Bcls provide/Instruct, EVOC certification, Hazmat, Emergency Medical Tech Training.

## 24. PERSONAL REFERENCES
### (DO NOT LIST RELATIVES OR PAST EMPLOYERS)

1) NAME AND OCCUPATION: SGT. IVAN Keith Gray - Detective
   AREA CODE & TELEPHONE NO. (334) 712-0000
   ADDRESS: Kinsey, Alabama

2) NAME AND OCCUPATION: Kathleen Steward - cashier
   AREA CODE & TELEPHONE NO.
   ADDRESS: Dothan, Al.

3) NAME AND OCCUPATION: Thoma Grooms - Fire Fighter DFD
   AREA CODE & TELEPHONE NO. 334- 671-3782
   ADDRESS: Kinsey, Al. ?

4) NAME AND OCCUPATION: Latisha Freeman
   AREA CODE & TELEPHONE NO.
   ADDRESS: Dothan, Al.

RECEIVED MAR 3 1 2000

## APPLICANT CERTIFICATION AND AGREEMENT
### Read Carefully

I hereby certify that I have read, have had read to me, or have had explained to me, the Instructions pertaining to this application and that all statements made by me in this application are true and correct to the best of my knowledge and belief. I am further aware that willfully withholding information or making false statements on this application will be a basis for denial of a position prior to employment, and should such withholding or false statement become evident after employment, such evidence will constitute sufficient grounds for dismissal from employment with the City of Dothan. I understand all appointees serve a probationary (working test) period, during which time I must demonstrate my fitness for and ability to continue my employment with the City, and further, that any appointment offered to me will be contingent upon my passing a complete physical examination at my own expense. In addition I understand that the City of Dothan shall reserve the right to require a physical examination at City expense at any time to determine my ability to perform the work required of the position. I agree that this application and all papers in connection with it as well as results of any physical examination conducted in relation to my employment shall be confidential records of the Personnel Department subject to inspection by the Appointing Authority, as provided in the rules and regulations and to my personal inspection. I hereby release to the Personnel Department any and all information and/or records needed to determine my fitness for the position. I understand that this application for employment does not constitute an offer of employment or a contract of employment, either written or implied. I fully understand and agree to these conditions. I also understand that this application is being accepted by the City of Dothan's Personnel Department for the position listed under item number one (1) only. I further understand that this application is active, for this position, for a period not to exceed two years unless re-advertised. Should it be necessary to re-advertise the position, I must reapply (submit another application) in order to be eligible for employment consideration. I understand that as an applicant for a position with the City of Dothan, all previous and present employers are subject to be contacted. The City cannot honor an applicant's request of non-notification of past or present employers.

USUAL SIGNATURE OF APPLICANT                    3-31-00

6                                              DATE SIGNED



# CITY OF DOTHAN
## DRUG TESTING POLICIES AND PROCEDURES

POLICE DEPARTMENT
103808
SYLVIA    D SUMMERS

I, _____ an employee with the City

of Dothan, Alabama, have received a copy of the restated CITY

OF DOTHAN DRUG TESTING POLICIES AND PROCEDURES,

as adopted by the Personnel Board on September 11, 2006.

I have attended a training session on this policy and was given
an opportunity to ask questions.

**DATE :** _10-03-2006_

**EMPLOYEE
SIGNATURE:** _Sylvia D Summers_    690

# MEMORANDUM OF CERTIFICATION

FROM  :  James H. Owen, Personnel Director
TO    :  John C. White, Police Chief
DATE  :  April 14, 2000
SUBJECT: JAIL SECURITY OFFICER (261-98-01)

Listed below are the names of _____7_____ applicants for the above named position. The applications are attached and must be returned to the EEO Officer with selection/nonselection memo. You must interview all applicants certified. After interviewing applicants for promotion or hire, submit your memorandum of selection and/or nonselection, as required by the City of Dothan Consent Decree 75-57-S, to the EEO Officer, and copy to the Personnel Director. You will be notified by Personnel when to continue employment process. If applicant successfully passes the physical, complete PART II, SECTION A, for new hires or SECTION B for promotions or transfers and return. No action will be taken by Personnel until all necessary paperwork is received.

NOTE: If this is a position that requires a valid driver's license, the department head is responsible for verifying that the applicant possesses a valid driver's license at the time you commit to hire. If this is a position that requires a CDL, the department head is responsible for assuring that the individual selected obtains proper CDL/Class within 90 days of hire or promotion date.

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

PART I (To be completed by the Personnel Department) Listed below are the names of the eligible applicants for the above position:

> Floyd, Receda R
> Norsworthy, Timothy W
> Day, Shannon
> Harden, John
> Culbreth, Shawn K
> Taylor, Bob
> Summers, Sylvia D

All applications previously submitted

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

PART II (To be completed by the receiving department and signed by department head.)

SECTION A .(To be completed for all new hires)

_____ Sylvia D. Summers _____ is being hired.

_____ Jail Security Officer _____ Job Code __261_____

Pay Plan Level __303__   Step __01__   HR Rate 9.5125_   BW Rate __761.00_

Starting Date 06-12-00   Salary Account No. __001-1220-512-10-11___

Replacing T. McKnight (99-208), Phillips (99-219), & Brooks (00-050)

____ Police _____      _____     __06-01-00__
DEPARTMENT                    SIGNATURE OF DEPARTMENT HEAD        DATE

SECTION B (To be completed for promotions or transfers) Attach properly executed status change form.

DOB _____  R/S _____  RB _____  Initials _____

# APPLICATION FOR CITY OF DOTHAN EMPLOYMENT - PF #105

Type, print or write plainly so that your application will be legible when reproduced (black type, black or dark blue ballpoint pen).

## GENERAL INFORMATION

**FOR PERSONNEL USE ONLY**
{Date(s) of changes, addition, updates, notes, etc.}

DD214  Y ☐  N ☐  N/A ☒

CL 11-18

**1. What job are you applying for? Give job title and announcement number**
Jal Security    # 261 - 98 - 0)

**2. Social Security Number**
*(needed for employ/background investigations.)*

**3. Home Phone**
*Area Code + Number*

**4. Work Phone**
*Area Code + Number*
(334) 712-9890

**5. Name and Telephone Number of Another Point of Contact**
Mrs. Neal

**6. Driver's License Number** ___ **Expiration Date**
N 5789717 ✓ , 12 99

**7. Driver's License State/Class/Restrictions**
Al, Dm ✓, None

**Endorsements If Any:**

**8. Your Name (Last, First, Middle)**
Sylvia Desine Summers

**9. Is use of another name necessary to check your work record? If yes, please explain:**
No

**10. Mailing address**

No. Street:

City/State/Zip +4:    Dothan, Al.

Street Address if different from Mailing Address:

**11. Are you currently employed by the City of Dothan?**   Yes ☐   No ☒

If yes, give your job title and department: _____

**12. Have you ever worked for the City ?**   Yes ☐   No ☒

If yes, list dates and department? _____ 11-17 _____

**a. Have you ever been dismissed from the City ?**   Yes ☐   No ☒

**13. Are you willing to work weekends, shifts or rotating shifts?**   Yes ☒   No ☐

**14. Are you related to anyone on the Board of City Commission or a Department Head?**   Yes ☐   No ☒

If yes, list name(s), department and *explain* relationship: _____

**15. Have you ever been discharged from another job for cause?**   Yes ☐   No ☒

If yes, explain (Give dates, employers and details. Attach a separate sheet of paper if necessary): _____

Do you hold any political office? (The Civil Service Act of Dothan and Alabama Law prohibits City employees from holding local, City of Dothan, political office)   Yes ☐   No ☒

If yes, title of office: _____


**CITY OF DOTHAN PERSONNEL DEPARTMENT**
P.O. Box 2128 - DOTHAN, ALABAMA 36302-2128
24 - HOUR JOB LINE (334) 793-0309 • PHONE: (334) 793-0151 • FAX (334) 712-2567
Telecommunication Device (TDD) for the speech and/or hearing impaired (334) 792-2378

An Equal Opportunity
Employer M/F/D

**READ THE FOLLOWING INSTRUCTIONS CAREFULLY BEFORE YOU COMPLETE THIS APPLICATION**

| DO NOT SUBMIT A RESUME INSTEAD OF THIS APPLICATION. | You may attach your resume to this application; however, the application must be completed. If you need additional space you may attach sheets to this application. In order to be considered for the position for which you are applying, you must submit a completed application. A sample of a completed application is posted on the Personnel Department bulletin board. **NOTE:** You can apply for only one position on this application. You may supplement this application with copies of certificates, diplomas, licenses, etc; however, **DO NOT SEND ANY PAPERS WHICH YOU WOULD WANT RETURNED.**

1. Read the job announcement. Be sure that your work experience and/or education meet the qualifications described on the position announcement.

2. Read carefully and complete each question and/or statement on the application and/or supplemental application for employment. If the question or statement does not apply to you, write "N/A".

3. Give complete name and address of each school you have attended, and complete each column for record of education.

4. NOTE: YOUR APPLICATION WILL NOT BE PROCESSED WITHOUT THE FOLLOWING INFORMATION: Give complete dates of employment to include at least the MONTH AND YEAR you started and left the place you worked; and give complete name and mailing address for all places you have worked. If you are listing volunteer work to qualify for a position, an experience block must be completed in the same manner as a paid job.
   Give your job title, the name of the person to whom you reported, and a brief reason for leaving each place you have worked or volunteered.
   DESCRIBE CLEARLY what you did at each place you have worked. Do not use abbreviations in the description of duties and responsibilities. If you do not describe your work experience, it will not be possible to determine if you meet the requirements of the position for which you are applying. We may verify your description with your former employers. If you had a major change of duties or responsibilities while you worked for the same employer, describe each major change as a separate job. This also applies to applicants listing military experience to qualify for a position. Each time you had a major change in responsibilities it should be listed separately.
   Write in each experience block your name at the time you were employed or volunteered, if it is different from the name you currently use. List your name used at that time on the first line under Description of Duties and Responsibilities.
   List, in the Personal References section, the name, mailing address (box number is required if a route is given) and telephone number of at least two (2) people {Police Officer and Fire Fighter applicants must list at least three (3) people} who know you. Do not list persons related to you or for whom you have worked in the past.
   Sign (in your usual handwriting) and date the "Applicant Certification and Agreement" form; and the "Authorization, Release and Consent" form. If left unsigned, your application will not be considered.

5. If the job announcement states a valid driver's license is required, you must present your driver's license to the receptionist at time of application for verification.

6. If hired you must present proof of identity and employment eligibility as stipulated in TITLE 8, U.S. CODE, SECTION 132A (i.e., driver's license, Social Security Card issued by the Social Security Administration).

7. The City of Dothan verifies past employment, performs background investigations, and administers employment physicals which includes drug/alcohol testing. A photo I.D., with signature, is required for employment physicals.

8. We may request that you complete a Supplemental Application form. If you list work you have done for a company on the supplemental application, and do not list the company on your employment application, you will not receive credit for this work. The same applies to education, courses completed, etc.

9. Applications for the announced position are retained for a period not to exceed two years unless re-advertised. Should it be necessary to re-advertise the position, all previous applicants should reapply. It is the applicant's responsibility to monitor the City of Dothan's 24-hour Job Line (334) 793-0309. REMINDER: You may apply for only one position on this employment application.

10. You must notify us immediately if your address or any of the telephone numbers you have listed changes. (Note: Completing a U.S. Postal Service forwarding of address form does not release you from notifying us immediately if your address changes). Your name will be removed from consideration for this position if we cannot contact you within a reasonable length of time.

11. Applicants applying for positions in the Police Department must also complete form #PF281.

12. The City of Dothan is a public employer. Employment applications, resumes, and contents thereof, are a matter of public record. (Chambers v. Birmingham News Company, 552 S. 2d 854 (Ala. 1989)

13. Please advise the Personnel Department's staffperson issuing and/or receiving your application, if you will need assistance and/or accommodation to participate in the application process. For example accommodations for a test, a job interview, or a job demonstration.

PF. 105/REV. 3-98

# City of Dothan, Alabama
## JAIL SECURITY OFFICER
### Supplemental Application Form

This form will be used for background investigation purposes and to determine if you meet the basic qualifications as listed on the job description (see job description inside your employment or in-house application). All information will be kept confidential. If you need additional space, you may attach additional sheets of paper to your application.

Name _Silvia Summers_    Social Security Number _____

1. Did you graduate from high school or receive your GED?

    Yes ___✓___          No _____

2. List **all** residence addresses and length of time at each address since graduating from high school.

- Residence: _Dothan, Al._ _4 mos_

    Length of time at this address: _4 months_

- Residence: _Dothan Al._

    Length of time at this address: _8 yrs_

- Residence: _Dothan, Al. of Headland, Al_

    Length of time at this address: _1 yr_

- Residence: _Dothan, Al._

    Length of time at this address: _7 yrs_

- Residence: _Dothan Al._

    Length of time at this address: _8 yrs_

(Continued on back)

**City of Dothan, Alabama**
**JAIL SECURITY OFFICER**
Supplemental Application Form

- Residence: _____

_____

_____

Length of time at this address: _____

- Residence: _____

_____

Length of time at this address: _____

- Residence: _____

_____

_____

Length of time at this address: _____

3. Have you ever held a driver's license from a state other than Alabama?

Yes _____ No ___✓_____

If yes, list each state _____

_____

_____

RECEIVED
NOV 1 6 1998

4. Have you ever been arrested or issued a citation for any crime or offenses (including traffic tickets, parking, vehicle accidents whether your fault of not) or do you currently have charges pending against you?

Yes __✓____ No _____

If yes, list all tickets, accidents and offenses. Include dates and location of each.

Fail to stop @ stop sign

Trespass — Dismissed

Harrassment — Dismissed No Action Taken

### City of Dothan, Alabama
## JAIL SECURITY OFFICER
#### Supplemental Application Form

5. Have you ever been discharged (fired, asked to resign in lieu of being fired, or forced to resign) from another job?

Yes _____        No _____

If yes, explain.  Include employers, dates of employment and details.

_____

_____

_____

I certify that the information is accurate to the best of my knowledge and belief. I understand that misrepresentation or omission of facts will be cause of cancellation of consideration for employment/promotion; or termination if employed.

_____        _____
Signature of Applicant                    Date

P46

17. Have you reached your 18th Birthdate? Yes ☑ No ☐    If hired, can you furnish proof of age? Yes ☑ No ☐

18. Have you ever served in the United States Military Service? Yes ☐ No ☑

If Yes, all police officer applicants must submit a copy of their DD FORM 214 at time of application; and/or if you are applying for other positions and you wish credit for applicable military service, you must provide, at the time of application, a complete copy of your DD FORM 214(s) for all active duty entry and ending dates. There will be no extension of this time limit.

19. Did you graduate from high school (If you have a GED high school equivalence answer yes)? Yes ☑ No ☐

Name and address of school where graduated or received GED: _Enterprise State Jr. college_

20. If you did not graduate from high school, (or do not possess a GED certificate), indicate highest school grade completed: _____

Name and address of school: _____

### 21. POST SECONDARY EDUCATION

| NAME OF SCHOOL/TRAINING/COURSES (CITY, STATE, ZIP CODE) | COLLEGE MAJOR/ CHIEF SUBJECTS TRAINING, COURSES, ETC. | # OF CREDITS/HOURS COMPLETED. INDICATE SEMESTER OR QUARTER | DEGREE/ CERTIFICATE RECEIVED |
|---|---|---|---|
| 1) Wallace Community college Dothan, Al. 36303 | Emergency med Tech./CES | 10 qts | EMT |
| 2) Wallace Community college Dothan, Al. 36301 | Nursing | continuing | |
| 3) | | | |
| 4) | | | |

(More related courses? Attach a sheet of paper or list in question #23)

# 22. WORK EXPERIENCE

LIST MOST RECENT JOB FIRST. We will provide you with additional experience blocks if necessary. (NOTE: If you use military experience to meet the qualifications for the position you are applying for, month and year you began performing the qualifying uties, and month and year ended must be specified - not your entire tour of duty.) Applicants may also list volunteer experience that relate to the qualifications.

**1) Name and address of employer (include Zip Code)**
Murphy mill ConVance
4274 montgomery Hwy
Dothan, Al. 36303

**Dates employed (give month and Year)**
From: 5/98   To: 11/98

**Average number of hours per week**
40

**Salary or earnings**
Starting $ 5.25 per hr
Ending $ 6.00 ter per hr

**Exact title of your job**
Cashier

**Type of Business**
ConVance Store Sales

**Your reason for leaving or wanting to leave**
Current

**Work Area Code and Phone Number**
(334) 712-9890

**Name of your immediate supervisor**
Barbara Guthrie

**Description of primary duties and responsibilities:**
Opening / closing procedures, Register sales, shift reports
Bank Deposits, General store maintenance & cleaning

**Other Duties:**

**2) Name and address of employer (include Zip Code)**
One peece clothing store
Northside mall, Dothan Al.
36303

**Dates employed (give month and Year)**
From: 4/97   To: 4/98

**Average number of hours per week**
28

**Salary or earnings**
Starting $ 5.50 per hr
Ending $ 5.50 per

**Exact title of your job**
Sales Associate

**ype of Business**
Retail Sales

**Your reason for leaving or wanting to leave**
No work Hours Available

**Work Area Code and Phone Number**
(334) 793-1807

**Name of your immediate supervisor**
Linda Reynolds

**Description of primary duties and responsibilities:**
Assist Customer with Sales, Theft prevention, Register sales
stock & cleaning

**Other Duties:**

**3) Name and address of employer (include Zip Code)**
Midland City Fire & Rescue
midland city Al. 36390

**Dates employed (give month and Year)**
From: 8/? To: Dec 97

**Average number of hours per week**
32

**Salary or earnings**
Starting $ 15.00 per Run
Ending $ per

**Exact title of your job**
EMT / Fighter

**Type of Business**
Emergency medical Service

**Your reason for leaving or wanting to leave**
Working 12 hr job & school.

**Work Area Code and Phone Number**
( )

**Name of your immediate supervisor**

**Description of primary duties and responsibilities:** Respond via pager to 911 situations
Access patients medical condition and Rendering
required medical Treatment PCR Reports - Insurance
claims and cleaning equipment

**Other Duties:**

Please continue...

4

4) Name and address of employer (include Zip Code)

| Dates employed (give month and Year) From: To: | Average number of hours per week |
|---|---|

Salary or earnings
Starting $ ___ per
Ending $ ___ per

Exact title of your job

Type of Business

Your reason for leaving or wanting to leave

Work Area Code and Phone Number
( )

Name of your immediate supervisor

Description of primary duties and responsibilities:

_____

_____

_____

Other Duties:

---

5) Name and address of employer (include Zip Code)

| Dates employed (give month and Year) From: To: | Average number of hours per week |
|---|---|

Salary or earnings
Starting $ ___ per
Ending $ ___ per

Exact title of your job

Type of Business

Your reason for leaving or wanting to leave

Work Area Code and Phone Number
( )

Name of your immediate supervisor

Description of primary duties and responsibilities:

_____

_____

_____

Other Duties:

---

6) Name and address of employer (include Zip Code)

| Dates employed (give month and Year) From: To: | Average number of hours per week |
|---|---|

Salary or earnings
Starting $ ___ per
Ending $ ___ per

Exact title of your job

Type of Business

Your reason for leaving or wanting to leave

Work Area Code and Phone Number
( )

Name of your immediate supervisor

Description of primary duties and responsibilities:

_____

_____

_____

Other Duties:

**MORE JOBS? PLEASE ASK THE RECEPTIONIST FOR ADDITIONAL EXPERIENCE FORMS.**

23. List awards, honors, other skills, qualifications, or comments which would assist us in evaluating your application. If you use this space to continue an answer to a question please indicate the question number.

Emergency Medical Technician, BCLS Instructor
Haz-mat certified. EVOC. certification

## 24. PERSONAL REFERENCES

### (DO NOT LIST RELATIVES OR PAST EMPLOYERS)

1) NAME AND OCCUPATION: Sgt. Richard Daniels/Police Officer    AREA CODE & TELEPHONE NO. 334 793-0281
   ADDRESS: Dothan Police Dept.

2) NAME AND OCCUPATION: Novia Brackin/Paramedic    AREA CODE & TELEPHONE NO. 334 983-4445
   ADDRESS: Rt. 1 Grimes Alabama 36350

3) NAME AND OCCUPATION: Sgt. Keith Gray CID Detective    AREA CODE & TELEPHONE NO. (334) 793-0460
   ADDRESS: Dothan Police Dept.

4) NAME AND OCCUPATION: Jerry Butler / Sales    AREA CODE & TELEPHONE NO.
   ADDRESS: Dothan, Al.

## APPLICANT CERTIFICATION AND AGREEMENT
### Read Carefully

I hereby certify that I have read, have read to me, or have had explained to me, the Instructions pertaining to this application and that all statements made by me in this application are true and correct to the best of my knowledge and belief. I am further aware that willfully withholding information or making false statements on this application will be a basis for denial of a position prior to employment, and should such willful withholding or false statement become evident after employment, such evidence will constitute sufficient grounds for dismissal from employment with the City of Dothan. I understand all appointees serve a probationary (working test) period, during which time I must demonstrate my fitness and ability to continue my employment with the City, and further, that any appointment offered to me will be contingent upon my passing a complete physical examination at my own expense. In addition I understand that the City of Dothan shall reserve the right to require a physical examination at City expense at any time to determine my ability to perform the work required of the position. I agree that this application and all papers in connection with it as well as results of any physical examination conducted in relation to my employment shall be confidential records of the Personnel Department subject to inspection by the Appointing Authority, as provided in the rules and regulations and to my personal inspection. I hereby release to the Personnel Department any and all information and/or records needed to determine my fitness for the position. I understand that this application for employment does not constitute an offer of employment or a contract of employment, either written or implied. I fully understand and agree to these conditions. I also understand that this application is being accepted by the City of Dothan's Personnel Department for the position listed under item number one (1) only. I further understand that this application is active, for this position, for a period not to exceed two years unless re-advertised. Should it be necessary to re-advertise the position, I must reapply (submit another application) order to be eligible for employment consideration. I understand that as an applicant for a position with the City of Dothan, all previous and present employers are subject to be contacted. The City cannot honor an applicant's request for non-notification of past or present employers.

USUAL SIGNATURE OF APPLICANT      11/16/98 DATE SIGNED

6



SOCIAL SECURITY

THIS NUMBER HAS BEEN ESTABLISHED FOR
USA
SYLVIA DENISE SUMMERS

SIGNATURE



*Alabama* Driver License

ISS: 01-05-2000
EXP: 12-06-2003

No:

Director of Public Safety
James H. Alexander

SYLVIA DENINE SUMMERS

MIDLAND CITY AL

| CLASS | ENDORSEMENTS | RESTRICTIONS |
|-------|--------------|--------------|
| DM    |              |              |

D.O.B
-1966

| SEX | HT   | WT  | EYES | HAIR |
|-----|------|-----|------|------|
| F   | 5-02 | 125 | BRO  | BLK  |



# Social Security Administration

P O Box 7046
246 N. Oates Street
Dothan, AL 36302
Phone: 1-800-962-8726
Fax: (334) 794-9043
Office Hours: 8:30 AM to 3:30 PM
Date:
Refer to:

---

## REPORT OF CONFIDENTIAL
## SOCIAL SECURITY INFORMATION

Information about a person's Social Security number is confidential by law. Except under certain circumstances specified by law and regulations, the Social Security Administration does not reveal such information to any person except the number—holder involved, or his or her authorized representative.

Your Social Security card is the official verification of your Social Security number and evidence of employment authorization. This letter does not establish your right to work in the United States.

Only one of the following blocks is to be completed:

**Employer**

_____   According to our records, the Social Security number assigned to Sylvia Summers is

**Third Party**

__X___   An application for an original/replacement Social Security card was received for Sylvia Summers on 05/11/2000 the SSN is

| | |
|---|---|
| NOT VALID 15 DAYS AFTER: | (DATE) |
| *Mark Kelly* CR | 5/11/2000 |
| Signature and Title of Authorized Official | |
| | |
| Phone: 671-9346 or 1-800-962-8726 | |

## PERSONNEL RULES AND REGULATIONS
## DRUG TESTING POLICIES AND PROCEDURES

I, _____SYLVIA D. SUMMERS_____ , an employee with the CITY

OF DOTHAN, ALABAMA, have received a CITY OF DOTHAN

EMPLOYEE HANDBOOK which includes a copy of THE

PERSONNEL RULES AND REGULATIONS, CIVIL SERVICE

ACT, DRUG TESTING POLICIES AND PROCEDURES, and an

EMPLOYEE BENEFITS SUMMARY.


06-08-00
Date

Signature of Employee


JAIL SECURITY OFFICER
Job Title


POLICE
Department

THE CITY OF DOTHAN
PERSONNEL DEPARTMENT

AUTHORIZATION FOR EMPLOYMENT

DATE   06-08-00

TO:   CHIEF JOHN WHITE          , Department Head

      POLICE                      Department

      SYLVIA D. SUMMERS                has completed all
      (Name of employee)

pre-employment processing requirements and may start to work

in your department on _____ 06-12-00 _____.
                              (Date of hire)

REMARKS:_____

_____

_____

/s/ *M. M. Lain*
   PERSONNEL DEPARTMENT STAFF

FORMS04/PF110A.FRM
REVISED 07-09-87

*Psy*
*Wed 5-24 10.00 c.m.*

**PHYSICAL SCREENING FORM**

DATE __5-10-00__                    PERS DEPT STAFF INITIALS _____

APPLICANT'S FULL NAME __Slyvia D. Summers__

POSITION __JSO__

CDL?   Y or (N)

RE-EVALUATE:  Last physical dated _____

===============================================================

| TYPE OF SCREENING | | DATE | TIME | | RESULTS |
|---|---|---|---|---|---|
| Health History Assessment | : | | | | A |
| Physical Screening | : | Fri. 5/12 | 9:00 c.m. | | A |
| Physician Physical | : | 5-12 | 10.30 | | |
| TB Skin Examination | : | 5/12 | | | |
| TB Skin Exam Reading | : | 5/15 | | | |
| Stress Test | : | NA | | | |
| Drug/Alcohol Testing | : | 5/12 R 5/15/00 | | | |
| | : | | | | |
| | : | | | | |
| | : | | | | |

CLINIC APPRAISAL/COMMENTS

RECEIVED
MAY 18 2000

===============================================================

Applicant's present physical and/or mental condition meets physical and/or mental
standards for position in medical category __A__

EHC STAFF /S/ __Pat Parker RNC__ DATE __5-18-00__

===============================================================

PERSONNEL DEPARTMENT USE ONLY

===============================================================

-Continue to Back of Form-

FORMS03/PF#168/DW4/APPROVED PBA 12-10-90/REV 5-95

Applicant's present physical and/or mental condition fails to meet physical and/or mental standards for position in medical category_____. Employment of this individual in a position in this medical category could endanger the health and safety of the applicant or health and safety of others.

/S/_____ DATE _____
     Employee Health Clinic Staff

/S/_____ DATE _____
     Employee Health Clinic Medical Director

===============================================================

Reasonable accommodations (circle one) can   cannot   be provided, without creating an undue hardship for the City of Dothan, for the employment of this applicant in this position.

Please explain:_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

/S/_____ DATE _____
          Safety Coordinator

Pursuant to the information given above, this applicant is (circle one) approved  disapproved   for employment/promotion.

/S/_____ DATE 5/18/00
          Personnel Director

===============================================================

CITY OF DOTHAN, ALABAMA
PERSONNEL DEPARTMENT

DRUG/ALCOHOL TEST CONSENT FORM

I UNDERSTAND that according to City of Dothan policy, I am required to submit a sample of my urine for chemical analysis. I understand that this analysis will be conducted by qualified laboratory personnel. I understand that I am also required to perform a breath test which will be conducted by a trained breath alcohol technician.

THE PURPOSE of these analyses are to determine or rule out the presence of alcohol or prohibited dangerous controlled substances in my urine.

I CONSENT freely and voluntarily to these requests. I hereby and herewith release the City of Dothan and City of Dothan Personnel Department, their employees, agents and contractors from any liability whatsoever arising from this request to furnish these samples, the testing of these samples and decisions made concerning my application for employment or continued employment based upon the results of these analyses.

I UNDERSTAND a documented chain of specimen custody exists to ensure the identity and integrity of my sample throughout the collection and testing process.

MUST SIGN BELOW IN THE PRESENCE OF PERSONNEL DEPARTMENT STAFF MEMBER:

_____        5-12-2000
Applicant/Employee Signature                Date

NOTICE TO APPLICANT:

FAILURE TO SIGN THE ABOVE CONSENT DISCONTINUES THE EMPLOYMENT PROCESS.

_____
Witnessed by Staff




# The City Of Dothan

POST OFFICE BOX 2128
DOTHAN, ALABAMA
36302
205/793-0100

### EMPLOYEE ACKNOWLEDGEMENT

I have been given the opportunity to read the City of Dothan's policy on substance abuse and have had an opportunity to ask questions.  I do understand that I will be tested for drugs and alcohol as per company policy and agree to abide by the same.

SIGNATURE _____ DATE _5-12,-2000_

PRINTED NAME _Sylvia Summers_ DEPARTMENT _____

WITNESS _Pat Parker_ DATE _5/11/80_

THE CITY OF DOTHAN PERSONNEL DEPARTMENT
EMPLOYMENT PROCESSING CHECKLIST

EMPLOYEE NAME *Sylvia D. Summers*        DEPARTMENT *Police*

✓ each item completed. If not applicable, write N/A

PART I    THE FOLLOWING TWO REQUIREMENTS MUST BE SATISFIED BEFORE ANY FURTHER
EMPLOYMENT PROCESSING IS COMPLETED.
_____✓_____ Pre-employment Physical        ___✓___ I – 9 Form Completed

PART II   THE FOLLOWING FORMS AND INFORMATION ARE TO BE COMPLETED BY AND/OR FOR,
AND/OR RECEIVED FROM, AND/OR GIVEN TO THE EMPLOYEE BEING PROCESSED.

_____✓_____ Copy of Job Description

_____✓_____ Copy of Original Social Security Card

_____✓_____ Copy of valid drivers license

_____✓_____ W-4 Form (Federal Income Tax Withholding Form)

_____✓_____ A-4 Form (State Income Tax Withholding Form)

_____✓_____ ~~Retirement Beneficiary Form, Personnel Form #117~~

_____✓_____ Insurance Forms – Group Health and/or Dental
(Did you tell the employee to read the insurance book?)
*HIPAA Disclosure Notice*

_____✓_____ Life Insurance Form(Did you tell employee to read the book?)

_____✓_____ ~~Employee Data Card, Personnel Form #104 (Rolodex Card)~~

___N/A___ Work Permit ~~(REQUIRED IF 18 or under and still in school)~~

_____✓_____ Personnel Form #156 – Receipt for Employee Handbook/*Drug Policy*

_____✓_____ Employee Handbook of Personnel Rules & Regulations
(Did you tell the employee to read the Rules?)

_____✓_____ Employee Benefit Information Summary Handout

___N/A___ Flexcomp Plan Brochures

_____✓_____ Holiday Schedule

_____✓_____ Personnel Dept Business Card

_____✓_____ Explanation of Accruals

_____✓_____ Explanation of Pay Periods, Payroll and Pay Dates

_____✓_____ Explanation of THE GRAPEVINE

_____✓_____ Computer Printout from PC-File

___N/A___ Typing Test

PART III  WHEN ALL THE ABOVE HAS BEEN COMPLETED GIVE THE NEW EMPLOYEE
THE FOLLOWING TWO ITEMS TO BE TAKEN TO THE DEPARTMENT HEAD
_____✓_____ Authorization for Employment, Personnel Form #110-A
(Did you make a copy for the 201 file?)

_____ Time Card (Exception: Fire and Police Dept.)

*M. McLain*                DATE 6/8/00
PERSONNEL DEPARTMENT STAFF

# Employee Master File Data Entry Form



| Field | Value |
|---|---|
| SSN | 261 |
| CBTITLE | JAIL SECURITY OFFICER |
| CBCODE | |
| LASTNAME | SUMMERS |
| FIRSTNAME | SYLVIA |
| INITIAL | D |
| STATUS | CB |
| SALAOCT# | 12-20-512 |
| PAYPLAN | 303 STEP 01 |
| HOURLY | 9.5125 BIWK/HR 761.00 |
| ADDPX | ADDPAY% 0.000 |
| SEX | F |
| BIRTHDATE | /66 |
| HIREDATE | 6/12000 |
| ANNDATE | 06-12 |
| FREP | F |
| DISABLED | ✓ |
| PENSION | |
| WORKCOMP | 7720 |
| ETHNICCODE | C |
| EEOFUNCTION | 11 |
| EEOCATEGORY | PS |
| BCODE | B5 |
| DEPARTMENT | POLICE |
| WORK LOCATION | WJB |

```
       SSN
    JCAUTH 261
     TITLE JAIL SECURITY OFFICER
      LAST SUMMERS
     FIRST SYLVIA
         I D
       STS CB
       SAN 12-20-512
       PLV 303
        SP 01
    HOURLY 9.5125
    SALARY 761.00
         S F
       DOB      -66
      HIRE 06-12-00
       ANN 06-12
     F_P_T F
 E_FROM_OT
         H
       WCC 7720
ETHNICCODE C
       EEO 11
EEOCATEGOR PS
        IC
   INSEFDT
    LSTINC
   INCTYPE
       PCT 0.00
LASTSCDATE
        CT
    NXTASI
   OLDDEPT
  OLDTITLE
        OC
OLDPAYLEV
   OLDSTEP
OLDSALARY          0.00
  TERMDATE
        TC
      DEPT POLICE
    RANDOM 0.24647
```

Law Offices
# COBB, DERRICK, BOYD & WHITE
206 North Lena St.
P.O. Box 2047
Dothan, Alabama 36302-2047
Phone (334) 677-1000
1-800-AL-TRIAL

| | |
|---|---|
| Herman Cobb | H. Warren Cobb |
| Todd Derrick | John Emory Waddell ** |
| Leon A. (Bo) Boyd, V.* | Valerie D. Judah |
| John C. White | |

*Also Admitted in
Florida

** Also Admitted in
Florida and Georgia

July 2, 2007

**VIA FACSIMILE AND U.S. MAIL**

Kai W. Davis
Personnel Director
City of Dothan
P.O. Box 2128
Dothan, AL 36302

Re:    Officer Sylvia Summers

Dear Kai:

Please be advised that I have been retained to represent Officer Sylvia Summers in the appeal of her termination from employment.

It is my understanding that a proper and sufficient appeal to the Personnel Board has been filed by Ms. Summers. If the latter is not the case, please notify me before the appeal deadline has expired.

Please notify me upon a hearing being scheduled so that I may prepare for such in a timely fashion. As always, I look forward to working with you and the City Attorneys.

Sincerely,

John C. White

JCW/vlk

cc: City Attorney

# CITY OF DOTHAN APPEAL FORM

PERSONNEL FORM #152

AUTHORITY: CITY OF DOTHAN PERSONNEL RULES AND REGULATIONS III – DISCIPLINE POLICY, SECTION 3-50; PERSONNEL RULES AND REGULATIONS IV – DUE PROCESS PROCEDURE; CIVIL SERVICE ACT OF DOTHAN, SECTION 21 AND SECTION 22.

THIS FORM MUST BE RECEIVED BY THE PERSONNEL DEPARTMENT WITHIN TEN (10) CALENDAR DAYS OF THE DATE THE EMPLOYEE RECEIVES PERSONNEL FORM 155 - DECISION OF DETERMINATION HEARING. THE EMPLOYEE, UPON HIS/HER REQUEST, SHALL BE GIVEN ASSISTANCE IN COMPLETING THIS FORM BY THE STAFF OF THE DEPARTMENT IN WHICH EMPLOYED OR BY STAFF OF THE PERSONNEL DEPARTMENT.

## THIS SECTION TO BE COMPLETED BY THE EMPLOYEE

| EMPLOYEE NAME | SOCIAL SECURITY NUMBER |
|---|---|
| Sylvia D. Summers | |

| EMPLOYEE JOB TITLE | DEPARTMENT | DATE OF HIRE |
|---|---|---|
| Police Officer | Dothan Police Dept. | 06-12-2000 |

TYPE OF APPEAL: ☒ DISCHARGE (Termination)   ☐ SUSPENSION   ☐ OTHER

The Date of Record for Appeal Type is the date the employee received PF#155 - DECISION OF DETERMINATION HEARING from the department head (or a designated representative).

DATE OF RECORD FOR APPEAL TYPE: 06-25-2007

EMPLOYEE'S APPEAL STATEMENT TO BE RECORDED IN THIS SPACE. IF ADDITIONAL SPACE IS NEEDED, ATTACH ADDITIONAL SHEETS.

I Am appealing the decision of determinig parties due to the severity, as it relates to the charge.

IF YOU WISH, YOU MAY ASK THE PERSONNEL BOARD TO SUBPOENA ANY WITNESSES YOU FEEL WILL HELP YOU PRESENT YOUR CASE TO THE PERSONNEL BOARD. IF THIS IS YOUR WISH, PLEASE PROVIDE THEIR NAMES AND ADDRESSES TO THE PERSONNEL DIRECTOR AT LEAST FIVE (5) WORKING DAYS PRIOR TO THE SCHEDULED HEARING. YOU MAY ALSO, AT YOUR OWN EXPENSE, HAVE AN ATTORNEY PRESENT AT THE APPEAL HEARING. DUE TO TIME RESTRAINTS PURSUANT TO SECTION 21 OF THE CIVIL SERVICE ACT, THE PERSONNEL BOARD WILL NOT BE ABLE TO GRANT CONTINUANCES. IN THE SPACE PROVIDED ON THE BACK OF THIS FORM, PROVIDE YOUR CURRENT DAYTIME TELEPHONE NUMBER AND CURRENT ADDRESS, AND THE NAME, TELEPHONE NUMBER AND ADDRESS OF YOUR ATTORNEY.

| EMPLOYEE SIGNATURE | DATE SIGNED BY EMPLOYEE |
|---|---|
| | June 26, 2007 |

## THIS SECTION TO BE COMPLETED BY PERSONNEL DEPARTMENT

AFTER DUE CONSIDERATION THE PERSONNEL BOARD HAS AGREED TO HEAR YOUR APPEAL THIRTY (30) MINUTES IS ALLOTTED FOR YOUR HEARING. IN THE EVENT YOU DO NOT FEEL THE TIME PERIOD IS SUFFICIENT; PLEASE CONTACT THE PERSONNEL DIRECTOR, AT (334) 615-3181 CONCERNING ADDITIONAL TIME NEEDED.

| DATE OF APPEAL HEARING | TIME OF APPEAL HEARING | PLACE WHERE APPEAL HEARING TO BE HELD |
|---|---|---|
| | | |

| SIGNATURE OF PERSONNEL DIRECTOR | DATE SIGNED |
|---|---|
| | |

| BOARD ORDER NUMBER | PERSONNEL BOARD ORDER DATE |
|---|---|
| | |

DISTRIBUTION:   ORIGINAL TO: ☐ PERSONNEL
COPY TO:   ☐ EMPLOYEE   ☒ DEPARTMENT HEAD   ☐ PERSONNEL BOARD   ☒ CITY MANAGER   ☒ CITY ATTORNEY
☐ 201 FILE   ☐ OTHER   ☐ EMPLOYEE'S ATTORNEY

P64

| TO BE COMPLETED BY EMPLOYEE |
|---|

**EMPLOYEE'S CURRENT ADDRESS**
(INCLUDE STREET ADDRESS IF DIFFERENT FROM MAILING ADDRESS:

EMPLOYEE NAME _Sylvia D. Summers_                    DAYTIME TELEPHONE (INCLUDE AREA CODE)

MAILING ADDRESS                    STREET ADDRESS   _Same_

CITY _Dothan_          STATE _Alabama_          ZIP CODE

**ATTORNEY'S CURRENT ADDRESS**
(INCLUDE STREET ADDRESS IF DIFFERENT FROM MAILING ADDRESS)

ATTORNEY'S NAME _John C. White_          _334-677-3000_
                                         DAYTIME TELEPHONE (INCLUDE AREA CODE)

MAILING ADDRESS _266 N. Lena St._          STREET ADDRESS

CITY _Dothan_          STATE _Al._          _36303_
                                            ZIP CODE

| TO BE COMPLETED BY PERSONNEL DEPARTMENT |
|---|

SUMMARY OF CHARGES

RECEIVED
JUN 2 6 2007
PERSONNEL DEPARTMENT

DISTRIBUTION:    ORIGINAL TO:   ☐ PERSONNEL
                COPY TO:       ☐ EMPLOYEE      ☐ DEPARTMENT HEAD   ☐ PERSONNEL BOARD   ☐ CITY MANAGER      ☐ CITY ATTORNEY
                               ☐ 201 FILE      ☐ OTHER                                                     ☐ EMPLOYEE'S ATTORNEY

# DECISION OF DETERMINATION HEARING

(Personnel Form 155)

| Employee Name | Employee SSN | Department |
|---|---|---|
| Sylvia D. Summers | 103808 | Police |

| Employee Job Title | Date of Determination Hearing |
|---|---|
| Police Officer | 6-22-07 |

### Statement of Department Head's Decision

You are hereby notified that after the due process determination hearing and consideration of the charges and possible violations of Personnel Rules and/or the Civil Service Act of Dothan, as amended, I have made the following decision concerning disciplinary action: (*State the decision in the space below*)

After your determination hearing on 6-22-2007 it was determined that you did in fact violate City of Dothan Personnel Rule and Regulation 3-42.(6). Based on your reoccurring errors and consistently poor judgment in routine job decisions, and the fact that this is your second Major Category Offense within 6 months, it is my decision that you are terminated from employment with the Dothan Police Department effective immediately.

Furthermore, you are hereby advised that if you are dissatisfied with this decision to discipline, you have available to you the procedures for review and/or appeal as provided by the Civil Service Act of Dothan, as amended, and the Personnel Rules and Regulations.

| Signature of Department Head | Date Signed |
|---|---|
| *[signature]* | June 25 2007 |

### Employee Certification of Receipt of Department Head's Decision and Employee Notice of Appeal Right

I hereby certify I have received a copy of this decision to discipline from my department head or his/her designated representative. I understand that should I wish to appeal my department head's disciplinary decision I must file a written notice with my department head and the Personnel Board within the time period specified in the Personnel Rules and Regulations, Section 3-50, Appeal of Disciplinary Action. Personnel Form #152 – City of Dothan Appeal Form may be used to initiate an appeal of disciplinary action.

| Employee's Signature | Date Signed |
|---|---|
| *[signature]* | June 25, 2007 |

### To be completed by person serving this notice to employee

| Signature of person serving this notice | Date Notice Served | Time Notice Served |
|---|---|---|
| *[signature]* Reg Batts | 6-25-07 | 1218 hrs |

Distribution: ☐ Original to Personnel ☐ Copy to Department Head ☐ Copy to Employee

Personnel Form #155 (Revised 2/2001)
G:\PF#155-Department Head Decision-SUMMERS-6-25-2007.doc

### THE CITY OF DOTHAN
**Dothan, Alabama**

## <u>DETERMINATION HEARING OF SYLVIA SUMMERS</u>

**MARTHA MCLAIN** : Okay, This is the determination hearing for Officer Sylvia Summers of the Dothan Police Department. It's June 22, 2007; the time is 8:51 a.m.

This hearing is being recorded, and it will serve as the official transcript in the event of an appeal to the Personnel Board. For the record I am Martha McLain, Personnel Analyst for the City of Dothan. We also have present for the hearing Officer Sylvia Summers, Chief John Powell, Lieutenant Ray Owens, and John White, Officer Summers' attorney.

Officer Summers, do you acknowledge that you were served notice of this determination hearing on or about 4:07 p.m. on Wednesday, June 20th?

**SYLVIA SUMMERS** : Yes.

**MARTHA MCLAIN** : And do you acknowledge that that is your signature?

**SYLVIA SUMMERS** : Yes.

**MARTHA MCLAIN** : And have you read the information that was provided…

**SYLVIA SUMMERS** : Yes.

**MARTHA MCLAIN** : …and you understand the procedure outlined?

**SYLVIA SUMMERS** : Yes.

**MARTHA MCLAIN** : Okay, I have several questions I need to ask you. I need you to respond with a yes or no response, speaking loud enough for the recorder to pick up your response. If you have a question, feel free to ask.

**SYLVIA SUMMERS** : Okay.

**MARTHA MCLAIN** : Do you acknowledge that you were notified at least 24 hours in advance of this determination hearing?

**SYLVIA SUMMERS** : Yes.

**MARTHA MCLAIN** : Do you have any specific questions regarding this procedure?

**SYLVIA SUMMERS** : No.

**MARTHA MCLAIN** : Do you understand that this is not an adversarial hearing, no cross examination of witnesses or calling of witnesses to testify?

**SYLVIA SUMMERS** : Yes.

**MARTHA MCLAIN** : Do you understand that you do not have to reply to these charges?

# DUE PROCESS INTERVIEW QUESTIONS TO BE ASKED PRIOR TO DETERMINATION HEARINGS

| Employee Name | Employee SSN | Employee Department |
|---|---|---|
| Sylvia D. Summers | | Police |

| Employee Job Title | Hearing Time | Date of Hearing |
|---|---|---|
| Police Officer | 9:00AM | 06-22-07 |

**INSTRUCTIONS:** With the tape recorder on and recording, the following questions are to be asked directly of the employee for whom the determination hearing is being held. These questions are to be asked prior to proceeding with the hearing.

YES  NO

☑ ☐ 1. Do you acknowledge that you were notified at least 24 hours in advance of this determination hearing?

☐ ☑ 2. Do you have any specific questions regarding this procedure?

☑ ☐ 3. Do you understand this is not an adversarial hearing? This means there is no cross examination of witnesses or calling of witnesses to testify?

☑ ☐ 4. Do you understand that you do not have to reply to these charges?

☑ ☐ 5. Do you understand you have the right to reply orally and/or in writing to these charges?

☑ ☐ 6. Do you understand you have had a reasonable opportunity within the past 24 hours to reply in writing or submit sworn affidavits in reply to the charges if you so elected?

☑ ☐ 7. Do you have a written statement or sworn affidavits you wish to submit in response to the charges?

☐ ☑ 8. Do you have any reason at this time why this hearing should not proceed?

☐ The employee failed to appear for this determination hearing on the date and at the time scheduled.

☑ The employee was present and responded as shown to the above questions.

Signature of Personnel Department Staff: *Martha McLain*

In the space below or on the back of this form, list the name(s), title(s) and reason(s) for the presence of all others present during this hearing.

*Chief John Powell*
*Lt. Ray Owens*
*John White, Atty*

Tape No. 2007-02 (46-51)

# NOTICE OF DETERMINATION HEARING AND POSSIBLE DISCIPLINARY ACTION
(Reproduce in one page (front and back) format to maintain form integrity)

| (Employee Name) | TO: | Sylvia Denine Summers | Emp ID: | 103808 |
| --- | --- | --- | --- | --- |
| (Department Head) | FROM: | John R. Powell, Chief | | |
| | DATE: | June 20, 2007 | | |

## SECTION I - NOTICE OF CATEGORY FOR CHARGES
(✓ All that apply)

| | | | |
| --- | --- | --- | --- |
| **MINOR CATEGORY** | | | * 3rd Offense, Final Warning & 1-5 Day Suspension |
| | | | * 4th Offense, Grounds for Discharge |
| **MAJOR CATEGORY** | | | * 1st Offense, Final Warning & 1-20 Day Suspension |
| | X | | * 2nd Offense, Grounds for Discharge |
| **INTOLERABLE CATEGORY** | | | * 1st Offense, Grounds for Discharge. |
| **SICK LEAVE ABUSE** | | | * 4th Offense, Grounds for Discharge |
| **VEHICLE ACCIDENT** | | | * 2 - 5 Points, Suspension |
| | | | * Over 5 Points, Suspension or Termination |

* PF #147 (or PF#147-A for Sick Leave Abuse, or PF#148 Vehicle Accident) is submitted when an employee commits any category offense requiring due process and is attached to PF#153 for Major and Intolerable Offenses. If after due process the Department Head or Personnel Board determines the employee did not violate any rules, all copies of the applicable PF#147/PF#147-A/PF#148 are destroyed.

## SECTION II - NOTICE OF CHARGES

You are hereby notified that possible disciplinary action is contemplated against you on the charges specified below and that such action could result in suspension, demotion or dismissal. It has been brought to my attention as Department Head that you have possibly violated the Personnel Rules and/or Civil Service Act of the City of Dothan, Alabama, in that (Give specific details of the offense(s) to include date(s), location(s), person(s) involved, cite rule(s) violated. Additional sheets may be attached if needed):

SEE ATTACHED:

## SECTION III - NOTICE OF HEARING ON CHARGES

You are hereby given twenty-four (24) hours advance notice that a Determination Hearing will be held.

| (Day of week, Calendar Date and Time of Hearing) on: | Friday, June 22, 2007 @9:00 p.m. A.M. CWS |
| --- | --- |
| (Location where hearing will be held) at: | Civic Center, 126 N. Saint Andrews Street, Room 111 |

At the time of the Determination Hearing you will have the opportunity to respond to the above charge(s) orally and/or in writing if you so desire. If you wish to reply to the charges in writing, you must have the documents prepared and ready to present at the time designated for the hearing. You may submit sworn affidavits in reply to these charges if you so elect. You are hereby advised that you have the right not to respond to these charges if you so elect. If you desire, you may be accompanied by an impartial observer of your choosing. This hearing will not be of an adversary nature and no examination or calling of witnesses to testify will be permitted.

You will be notified in writing of the Department Head's disciplinary decision within three (3) working days after the date of this hearing. In the event disciplinary action is taken, the procedures for review and appeal as provided by the Personnel Rules and/or Civil Service Act of the City of Dothan are available to any Classified employee or laborer, other than those under initial probationary status.

| Signature of Department Head |
| --- |

Personnel Form #153 (Revised 6/95 □8/95 □ 3/00 □ 11/01)
G:\Personal\PF#153-Notice of Det Hearing SUMMERS-5-14-2007.doc

**SYLVIA SUMMERS** : Yes.

**MARTHA MCLAIN** : Do you understand that you have the right to reply orally, and/or in writing, to these charges?

**SYLVIA SUMMERS** : Yes.

**MARTHA MCLAIN** : Do you understand you have had a reasonable opportunity within the past 24 hours to reply in writing, or submit sworn affidavits in reply to the charges, if you so elected?

**SYLVIA SUMMERS** : Yes.

**MARTHA MCLAIN** : Do you have a written statement or sworn affidavit?

**SYLVIA SUMMERS** : No.

**MARTHA MCLAIN** : Do you have any reason at this time why this hearing should not proceed?

**SYLVIA SUMMERS** : No.

**MARTHA MCLAIN** : Chief Powell will go over the charges with you again.

**CHIEF POWELL** : On March 15, 2007 Officer Summers issued three Uniform Traffic Citations to motorists in Dothan. As part of the requirements when issuing a UTC, Dothan P. D. Officers are required to acknowledge under oath, before a Magistrate or Judge, the facts alleged on the UTC within 48 hours of issuance of the UTC. This requirement is provided for in the <u>Alabama Rules of Judicial Administration, Rule 19 (A)(5)(a)</u>, and a directive issued in the form of a memorandum by the Chief of Police on October 20, 2006 which states in part "Effective immediately ALL issued traffic citations will be submitted to the court or magistrate with the acknowledge oath within 48 hours (excluding holidays)."

Sgt. Benny Baxley received a complaint on April 17, 2007 from a recipient of one of the UTC's in question. Upon investigation of this complaint, it was discovered that Officer Summers had not complied with the oath requirement related to the acknowledgement of the facts of the UTC. Sgt. Baxley directed Officer Summers to immediately go to the City of Dothan Magistrates Office and swear to the UTC's, which she did. This placed the oath requirement 32 calendar days, 22 working days out from the date of issuance, a clear policy and judicial rule violation.

Failure to comply with the above stated rule is a Major Category violation in accordance with the City of Dothan Personnel Rules and Regulations Section 3-42 (6) "Action(s), or lack of action(s) that could endanger the life or health of self or others, that could cause undue financial loss to the City, negligence in carrying out assigned tasks or duties or responsibilities of one's position.

Officer Summers' previous Major Category violation on January 12, 2007 was for the same type of violation, failure to swear to a complaint, except the violation was involving a physical arrest. In that violation the defendant was denied bond for 104 days and remained incarcerated for that length of time. After this act of malfeasance was identified he was given a credit for 63 days of time served.

**MARTHA MCLAIN** : Officer Summers, do you understand the charges that the Chief has just presented to you?

**SYLVIA SUMMERS** : Yes.

**MARTHA MCLAIN** : Okay, have you got anything that you wish to say in response to those charges?

**SYLVIA SUMMERS** : Yes.

**MARTHA MCLAIN** : Okay, this is your opportunity to tell him.

**SYLVIA SUMMERS** : I just wanted to say that it was a good faith mistake, I never intended not to, uh, swear to the tickets in the time designated, and I hope that this does not result in my discharge from my duties, as an officer, from my career.

**MARTHA MCLAIN** : Okay, umm, the Chief will give you his decision of this hearing in writing, within three working days from today. With today being Friday June 22nd, you should hear something no later than Wednesday June 27th.

If you are dissatisfied with the decision, you do have ten days from the date you receive the decision in writing to appeal to the Personnel Board.

So this concludes the hearing for Officer Sylvia Summers at 8:56 a.m.

# NOTICE OF DETERMINATION HEARING AND POSSIBLE DISCIPLINARY ACTION

(Reproduce in one page (front & back format) to maintain form integrity)

## SECTION IV – DOCUMENTATION OF NOTICE BEING SERVED

(Complete either Part A or both Part B and C of this section)

**PART A.**

I certify that I served ___SYLVIA SUMMERS___ a copy of this Notice of hearing at
(Employee Name)

___4:07___ O'clock (☐ am ☒ pm) on ___6/20/07___
(Time Served) (Date Served - M/D/Y)

which is at least twenty-four (24) hours prior to the date and time specified on the front of this form.

(Signature of Department Head or

Supervisor) ___Lt Roy Woodham___

## OR

**PART B.**

I certify that due to the unavailability of the employee I have delivered a copy of this Notice of Determination Hearing (Personnel Form #153) to the City of Dothan Police Department for service on the employee named on the front of this Notice at least twenty-four (24) hours in advance of the time and date specified on this notice.

_____
(Signature of Department Head or Supervisor)

**PART C.**

I certify that a copy of this Notice of Determination Hearing was served on the employee named on the front of this Notice at

_____ on _____
(Time of Service)                        (Date Served - M/D/Y)

_____
(Signature of Server [Member, Dothan Police Department])

## SECTION V – DOCUMENTATION OF NOTICE BEING RECEIVED

I acknowledge that I received a copy of this Notice of Determination Hearing at least twenty-four (24) hours prior to the date and time of said hearing.

Signature of Employee: ___Sylvia Summers___ Date: ___6-20-07___

ibution of PF#153:  ☐ Original to Personnel Department  ☐ Copy to Department Head  ☐ Copy to Employee

# ATTACHMENT:

On March 15, 2007 Officer Summers issued three (3) Uniform Traffic Citations (UTC) to motorist in Dothan. As part of the requirements when issuing a UTC, Dothan P. D. Officers are required to acknowledge under oath before a Magistrate or Judge the facts alleged on the UTC within 48 hours of issuance of the UTC. This requirement is provided for in the Alabama Rules of Judicial Administration, Rule 19 (A)(5)(a), and a directive issued in the form of a memorandum by the Chief of Police on October 20, 2006 which states in part "Effective immediately ALL issued traffic citations will be submitted to the court or magistrate with the acknowledge oath within 48 hours (excluding holidays)."

Sgt. Benny Baxley received a complaint on April 17, 2007 from a recipient of one of the UTC's in question. Upon investigation of this complaint, it was discovered that Officer Summers had not complied with the oath requirement related to the acknowledgement of the facts of the UTC. Sgt. Baxley directed Officer Summers to immediately go to the City of Dothan Magistrates Office and swear to the UTC's, which she did. This placed the oath requirement 32 calendar days, 22 working days out from the date of issuance, a clear policy and judicial rule violation.

Failure to comply with the above stated rule is a Major Category violation in accordance with the City of Dothan Personnel Rules and Regulations section 3-42 (6) "Action(s), or lack of action(s) that could endanger the life or health of self or others, that could cause undue financial loss to the City, negligence in carrying out assigned tasks or duties or responsibilities of one's position.

Officer Summer's previous Major Category violation on January 12, 2007 was for the same type of violation, failure to swear to a complaint, except that violation was involving a physical arrest. In that violation the defendant was denied bond for 104 days and remained incarcerated for that length of time. After this act of malfeasance was identified he was given a credit for 63 days of time served.

# The City of Dothan Employee Disciplinary Action Report Form
*Authority: Regulation III - DISCIPLINARY POLICY*

| SECTION III - EMPLOYEE INFORMATION | | | |
|---|---|---|---|
| Employee Name | Employee ID Number | Hire Date | Department |
| Sylvia Denine Summers | 103808 | 6-12-2000 | Police |
| Employee Job Title | | Counseling Supervisor Name & Job Title | |
| Police Officer | | Lieutenant Roy Woodham | |

## SECTION IV - OFFENSE AND TYPE OF ACTION

*Check (√) Category and Offense, Circle (O) Rule Number(s) violated.*

☐ MINOR CATEGORY   ☐ 1st Offense   ☐ 2nd Offense   ☐ 3rd Offense   ☐ 4th Offense

Violation of Rule: Section 3-41.   1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18

☒ MAJOR CATEGORY   ☐ 1st Offense   ☒ 2nd Offense

Violation of Rule: Section 3-42.   1  2  3  4  5  6̲  7  8  9  10  11  12  13  14  15  16  17  18  19

☐ INTOLERABLE CATEGORY   ☐ 1st Offense

Violation of Rule: Section 3-43.   1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20

*Check (√) Type of Disciplinary Action For This Offense.*

☐ FORMAL COUNSELING   ☐ WRITTEN WARNING   ☐ FINAL WRITTEN WARNING   ☒ DISCHARGE

## SECTION V - DETAILS OF THIS DISCIPLINARY ACTION REPORT

*In the space below or on additional sheets provide detailed documentation of the rule(s) violated to include dates and the specific actions of the employee. Include details of recommendations for corrective action and consequence of future violations.*

SEE ATTACHED:

| Supervisor Signature | Date Signed | Department Head Signature | Date Signed |
|---|---|---|---|
| Lt Roy Woodham | 6/20/07 | *[signature]* | 6/20/07 |

I acknowledge I was counseled or warned in reference to the rule violation(s) cited above. I understand my signature on this form acknowledges the counseling or warning took place for the reasons given. I understand my signature does not mean I agree or disagree with the statements documented on this form. I also understand I may provide a written explanation of the offense for which the counseling warning report has been issued and attach this written statement to this form. I understand this Personnel Form #147 and any achments will be forwarded to the Personnel Department and become a part of my permanent employment record.

EMPLOYEE SIGNATURE: *[signature]*     690     Date Signed: 6-20-07

Distribution:   ☐ ORIGINAL to Personnel Department     ☐ COPY to Employee     ☐ COPY to Department Head

# The City of Dothan Employee Disciplinary Action Report Form

*Authority: Regulation III – DISCIPLINARY POLICY*

**How to use the Tables below:** Complete SECTION I by listing the employee's minor offense history for the past twelve months and/or Major offense history for the past twenty-four months. Refer to the SECTION II - DISCIPLINARY ACTIONS SUMMARY TABLE to determine the appropriate disciplinary action to be taken and whether the disciplinary action must follow the Due Process Procedure as set out in Personnel Regulation IV.

Note: "Minor", "Major", or "Intolerable" offenses have separate disciplinary action progressions. See the SUMMARY TABLE in SECTION II below. The offense free time period required to clear a disciplinary record of MINOR offenses is 12 months and MAJOR offenses is 24 months from the "date of record" for last offense committed. ("Date of Record" is date form signed by department head.)

### SECTION I - REVIEW OF EMPLOYEE DISCIPLINARY HISTORY

A review of this employee's active Disciplinary History includes the following MINOR category offense(s) and/or the following Major category offense(s). If the employee has no active disciplinary history, write N/A.

| Category | Type of Action | Dated | Specific Violation - Cite Rule and Offense |
|---|---|---|---|
| MINOR | Formal Counseling | | |
| MINOR | Written Warning | | |
| MINOR | Final Written Warning or Final Written Warning & 1-5 Day Suspension | | |
| MAJOR | Final Written Warning & 1-20 Day Suspension | 1-12-2007 | Final Written Warning – 3-42 (6) |

The SUMMARY TABLE below shows: (1) The disciplinary progression (1st, 2nd, 3rd, etc., offense) and resulting disciplinary action for MINOR, MAJOR, and INTOLERABLE offenses; and (2) Whether a disciplinary action requires a Due Process Hearing before being administered.

### SECTION II - REVIEW OF ACTION SUMMARY TABLE

| | First Offense MINOR | Second Offense MINOR | Third Offense MINOR | Fourth Offense MINOR |
|---|---|---|---|---|
| DUE PROCESS HEARING NOT REQUIRED | Formal Counseling | Written Warning | Final Warning or (See below) | See Below |
| | First Offense MAJOR | Second Offense MAJOR | Third Offense MINOR | Fourth Offense MINOR |
| | Final Warning and 1-20 Day Suspension. | Discharge | Final Warning and 1-5 Day Suspension | Discharge |
| DUE PROCESS HEARING REQUIRED PRIOR TO ADMINISTERING | First Offense INTOLERABLE | Due Process Hearings are implemented in accordance with Personnel Regulation IV | | |
| | Discharge | | | |

# ATTACHMENT:

On March 15, 2007 Officer Summers issued three (3) Uniform Traffic Citations (UTC) to motorist in Dothan. As part of the requirements when issuing a UTC, Dothan P. D. Officers are required to acknowledge under oath before a Magistrate or Judge the facts alleged on the UTC within 48 hours of issuance of the UTC. This requirement is provided for in the <u>Alabama Rules of Judicial Administration, Rule 19 (A)(5)(a)</u>, and a <u>directive issued in the form of a memorandum by the Chief of Police on October 20, 2006</u> which states in part "Effective immediately ALL issued traffic citations will be submitted to the court or magistrate with the acknowledge oath within 48 hours (excluding holidays)."

Sgt. Benny Baxley received a complaint on April 17, 2007 from a recipient of one of the UTC's in question. Upon investigation of this complaint, it was discovered that Officer Summers had not complied with the oath requirement related to the acknowledgement of the facts of the UTC. Sgt. Baxley directed Officer Summers to immediately go to the City of Dothan Magistrates Office and swear to the UTC's, which she did. This placed the oath requirement 32 calendar days, 22 working days out from the date of issuance, a clear policy and judicial rule violation.

Failure to comply with the above stated rule is a Major Category violation in accordance with the City of Dothan Personnel Rules and Regulations section 3-42 (6) "<u>Action(s), or lack of action(s)</u> that could endanger the life or health of self or others, <u>that could cause undue financial loss to the City, negligence in carrying out assigned tasks or duties or responsibilities of one's position.</u>

Officer Summer's previous Major Category violation on January 12, 2007 was for the same type of violation, failure to swear to a complaint, except that violation was involving a physical arrest. In that violation the defendant was denied bond for 104 days and remained incarcerated for that length of time. After this act of malfeasance was identified he was given a credit for 63 days of time served.

P76

# CITY OF DOTHAN
## Employee Data Card

Name     SUMMERS, SYLVIA D      Department    POLICE

Address

     DOTHAN, AL

Job Title & Code   *Police*   281 ~~JAIL SECURITY~~ OFFICER ~~(261)~~

Birthdate    -66       Social Security Number

Starting Date   06-12-00     Race/Ethnic/Sex    B/F

Termination Date        Reason for Termination:

TOTAL SERVICE COMPLETED AT TERMINATION

Years _____ Months _____ Days _____

Pers. Form 104
Rev. 10/83

---

# CITY OF DOTHAN
## Employee Data Card

Name    SUMMERS, SYLVIA D      Department     POLICE

Address

     DOTHAN, AL

Job Title & Code    POLICE OFFICER (281)

Birthdate    66       Social Security #

Hire Date   06-12-00     Race/Ethnic/Sex    B/F

Termination Date   6-26-07     Reason for Termination

TOTAL SERVICE COMPLETED AT TERMINATION

YEARS _____ MONTHS _____ DAYS _____

me  SUMMERS, SYLVIA D          SSN _____

### SALARY APPROVED BY PERSONNEL BOARD

| Plan/Level | Bi-WEEKLY | EFFECTIVE | REMARKS |
|---|---|---|---|
| 303/01 | $ 761.00 | 06-12-00 | HIRE DATE – JAIL SECURITY OFFICER (261) |
|  | $ 788.00 | 9-24-00 | 3.5% GI (27.00) |
| 304/01 | $ 933.00 | 4-22-01 | Promoted - Police Officer (281) (18.40%) (145.00) |
|  | $ | 5-20-01 | Assigned to 7K Schedule |
| 304/02 | $ 972.00 | 8-12-01 | ASI - Delayed (4.18%) (39.00) |
|  | $ 1007.00 | 2-10-02 | 3.5% GI (35.00) |
|  | $ | 4-22-02 | Regular Status - Completed probationary period |
| 304/03 | $ 1054.00 | 6-2-02 | ASI (4.67%) (47.00) |
|  | $ 1076.00 | 10-6-02 | 2% GI (22.00) |
| 304/04 | $ 1115.00 | 6-1-03 | ASI (3.62%) (39.00) |
|  | $ | 10-19-03 | Remove from 7K Schedule |
| 304/05 | $ 1160.00 | 5-30-04 | ASI (4.04%) (45.00) |
| 304/06 | $ 1204.00 | 6-12-05 | ASI (3.79%) (44.00) |
|  | $ 1229.00 | 4-2-06 | 2% (25.00) |
| 304/07 | $ 1273.00 | 6-11-06 | ASI (3.58%) (44.00) |
|  | $ 1299.00 | 12-24-06 | 2% GI (26.00) |

NAME    SYLVIA D. SUMMERS          SSN _____

### SALARY APPROVED BY PERSONNEL BOARD

| Plan/Level | BIWEEKLY | EFFECTIVE | REMARKS |
|---|---|---|---|
| 45/07 | 1315.20 | 1-21-07 | Pay Policy Change |

# EMPLOYEE PERFORMANCE EVALUATION HISTORY

NAME_____ SUMMERS, SYLVIA D _____ SSN _____

JOB TITLE ____ POLICE OFFICER _____

DEPARTMENT ____ POLICE _____

STATUS DATE ____ 04-22-01 (PT) ____ ANN DATE ____ 06/12 ____ PROBATION TYPE: 6 mo   12 mo

| DATE EVAL SIGNED | DATE EVAL DUE | EVAL TYPE | | SCORE | AVERAGE |
|---|---|---|---|---|---|
| 7-24-01 | 7-30-01 | A | 66.67 | 2.0 | 66.67 |
| 10-31-01 | 11-5-01 | D | 66.67 | 2.0 | 66.67 |
| 1-25-02 | 1-28-02 | E | 72.33 | 2.17 | 68.56 |
| 3-25-02 | 4-8-02 | F | 77.67 | 2.33 | 77.67  4-22-02 PS |
| 5-21-02 | 5-20-02 | G | 72.33 | 2.17 | 75 |
| 5-1-03 | 5-19-03 | G | 76 | 2.28 | 75.33 |
| 5-17-04 | 5-17-04 | G | | 2.83 | |
| 6-7-05 | 5-31-05 | G | | 2.0 | |
| 6-1-06 | 5-30-06 | G | | 2.0 | |



# THE CITY OF DOTHAN
## EMPLOYEE JOB PERFORMANCE EVALUATION FORM



Dup79
5-29

| PERIOD COVERED | | | |
|---|---|---|---|
| NAME | DUE IN PERSONNEL | TYPE | STATUS CODE |
| SUMMERS      SYLVIA   D | 05-29-2007 | G | CA |
| SOCIAL SECURITY NUMBER | DEPARTMENT | EVALUATOR(S) | |
| 103808 | POLICE DEPARTMENT | *Sgt. Benny Bexley* | |
| JOB TITLE | HIRE DATE | STATUS DATE | ANN DATE |
| 00281  POLICE OFFICER | 06-12-2000 | 04-22-2001  PT | 06/12 |

INSTRUCTIONS: EVALUATING SUPERVISOR COMPLETES SECTION I BY RATING EMPLOYEE (1-3) ON JOB PERFORMANCE ACCORDING TO THE BASIC TASK LIST RATING GUIDE FOR THE EMPLOYEE'S POSITION. COMMENTS MUST ACCOMPANY EACH TASK RATING OF UNSATISFACTORY OR EXCEPTIONAL IN THE SPACE PROVIDED.

RATING SCALE: 1 = UNSATISFACTORY     2 = SATISFACTORY     3 = EXCEPTIONAL

## SECTION I

| BASIC TASK FOR POSITION AS DETAILED ON RATING GUIDE | CHECK APPROPRIATE RATING |
|---|---|
| TASK 1: COMMENTS<br><br>*SEE ATTACHED SHEETS* | 1 ☐   2 ☐   3 ☐ |
| TASK 2: COMMENTS | 1 ☐   2 ☐   3 ☐ |
| TASK 3: COMMENTS | 1 ☐   2 ☐   3 ☐ |
| TASK 4: COMMENTS | 1 ☐   2 ☐   3 ☐ |
| TASK 5: COMMENTS | 1 ☐   2 ☐   3 ☐ |
| TASK 6: COMMENTS | 1 ☐   2 ☐   3 ☐ |
| TASK 7: COMMENTS | 1 ☐   2 ☐   3 ☐ |
| TASK 8: COMMENTS | 1 ☐   2 ☐   3 ☐ |
| TASK 9: COMMENTS | 1 ☐   2 ☐   3 ☐ |
| TASK 10: COMMENTS | 1 ☐   2 ☐   3 ☐ |
| NUMBER OF TASKS RATED ON: | TOTAL RATING SECTION I |

# SECTION II - TO BE COMPLETED BY EVALUATING SUPERVISOR

RATE EMPLOYEE BY CHECKING APPROPRIATE RATING (1 - 3) ON EACH FACTOR BELOW. COMMENTS MUST ACCOMPANY EACH RATING OF UNSATISFACTORY OR EXCEPTIONAL.

RATING SCALE: 1 = UNSATISFACTORY    2 = SATISFACTORY    3 = EXCEPTIONAL

| | 1 | 2 | 3 |
|---|---|---|---|
| 1. QUALITY OF WORK<br>COMMENTS: *SEE ATTACHED SHEETS* | ☐ | ☐ | ☐ |
| 2. INITIATIVE<br>COMMENTS: | ☐ | ☐ | ☐ |
| 3. COOPERATION<br>COMMENTS: | ☐ | ☐ | ☐ |
| 4. SAFETY CONSCIOUSNESS<br>COMMENTS: | ☐ | ☐ | ☐ |
| 5. QUANTITY OF WORK<br>COMMENTS: | ☐ | ☐ | ☐ |
| 6. JOB KNOWLEDGE<br>COMMENTS: | ☐ | ☐ | ☐ |
| 7. DEPENDABILITY<br>COMMENTS: | ☐ | ☐ | ☐ |
| 8. DEALING WITH THE PUBLIC<br>COMMENTS: | ☐ | ☐ | ☐ |

| RECORD THE NUMBER OF TASKS RATED ON IN SECTION II HERE ▶ : | | RECORD TOTAL RATING FOR SECTION II HERE ▶ : |
|---|---|---|

# SECTION III - OVERALL RATING TO BE COMPLETED BY EVALUATING SUPERVISOR

TO DETERMINE EMPLOYEE'S OVERALL PERFORMANCE RATING, DIVIDE THE SUM OF THE RATINGS FOR SECTION I AND SECTION II BY THE TOTAL COUNT OF TASKS ON WHICH THE EMPLOYEE WAS RATED.

| | RATING | | TASKS | | | HAS EMPLOYEE BEEN PROMOTED, DEMOTED, TRANSFERRED OR HAD A SIMILAR CHANGE IN POSITION OR SUPERVISION DURING THIS RATING PERIOD? IF YES, EACH SUPERVISOR COMPLETES A PERFORMANCE EVALUATION FORM FOR EACH SUCH OCCURRENCE AND THE CURRENT SUPERVISOR AVERAGES THE SCORES TO DETERMINE THE EMPLOYEE'S TOTAL SCORE FOR THE RATING PERIOD. |
|---|---|---|---|---|---|---|
| SECTION I | 19.6 | | 10 | | | |
| SECTION II + | 15.0 | | 8 | | | |
| TOTAL = | 34.6 | ÷ | 18 | = | 1.92 | |
| | | | | | TOTAL SCORE | |

1.00 - 1.99 UNSATISFACTORY    2.00 - 2.99 SATISFACTORY    3.00 EXCEPTIONAL

USE THIS SPACE TO CONTINUE COMMENTS FOR ITEMS IN SECTION I OR SECTION II OR TO DOCUMENT SEPARATE RATINGS.

# THE CITY OF DOTHAN
## EMPLOYEE JOB PERFORMANCE EVALUATION

### SECTION II

1. <u>QUALITY OF WORK</u>: Officer Summers, over-all, meets the requirements of the job by being neat and complete. On occasion her written reports are returned for corrections and accuracy.

Rating 2.0

2. <u>INITIATIVE</u>: Officer Summers is a consistent self-starter; however, occasionally she needs direction in the completion of her paperwork.

Rating 2.0

3. <u>COOPERATION</u>: Officer Summers shows enthusiasm and interest in her job. She understands the concept of being a team player; however, occasionally she balks at being cooperative with co-workers and supervisors.     Rating 2.0

4. <u>SAFETY CONSCIOUSNESS</u>: Officer Summers utilizes safe work practices and procedures and displays an understanding of the need and importance of safety in the performance of her duties.     Rating 2.0

5. <u>QUANTITY OF WORK</u>: Officer Summers completes assigned tasks with constant guidance.

Rating 2.0

6. <u>JOB KNOWLEDGE</u>: Officer Summers exhibits an understanding of the fundamental principles and practices of her job and the actions necessary to apply them to accomplish that job.

Rating 2.0

7. <u>DEPENDABILITY</u>: Officer Summers frequently fails to meet deadlines and carry assignments through to completion without supervisory guidance. She has failed to carry out duties that require additional follow up. Officer Summers has been counseled numerous times regarding this task and requires close supervision to ensure tasks are completed.

Rating 1.5

8. <u>DEALING WITH THE PUBLIC</u>: Officer Summers has a continuing problem with her public contacts and numerous citizen complaints have been made due to her poor interaction skills. Squad Supervisors have made specific efforts to correct or improve this task with less than expected results.

Rating 1.5

Total Task: 8                Total Rating: 15.0

### SECTION III

Total Task Section I and II: <u>18</u>     Total Rating: <u>34.6</u>     Total Score: <u>1.92</u>

# THE CITY OF DOTHAN
## EMPLOYEE JOB PERFORMANCE FORM

EVALUATOR'S COMMENTS: Officer Summers is performing at a

satisfactory level in most areas. However, she consistently fails to

meet a satisfactory rating in the completion of task especially in

the follow up of complaints and warrants(as noted on the infraction

report). Supervisors have explained to Officer Summers her need to

improve in dealing with the public and her dependability. Officer

Summers has received verbal and written counseling in these areas.

Improvement is expected during the next evaluation period.


Sgt. Baxley

# RATING GUIDE

## PERFORMANCE STANDARDS FOR TASKS

Job Title:   Police Officer
             (Police)

### BASIC TASK LIST

1.   Patrols assigned area in vehicle or on foot, and accepts responsibility to remain in assigned territory unless otherwise directed; gives proper maintenance and care to all equipment assigned.

2.   Responds to calls, performs duties related to nature of call, and exhibits confidence in his/her decisions.

3.   Provides assistance to citizens (first aid, information, answering complaints, etc.).

4.   Arrests, takes into custody, transports and searches prisoners while observing all proper arrest and search procedures when such actions are warranted.

5.   Arrives and preserves crime scenes until further specialized assistance arrives, then engages in or assists in criminal investigation and collection of evidence as required.

6.   Performs traffic control tasks.

7.   Keeps records and prepares and submits reports which are accurate, complete and neat in appearance.

8.   Is prepared and testifies in court and is readily available to carry out other court related responsibilities.

9.   Serves subpoenas, warrants, summons, etc.

10.  Maintains good public and community relations in both physical appearance and personal responsibility.

8/09/90