IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SYLVIA SUMMERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | 1:08-cv-00784-TFM |
| THE CITY OF DOTHAN, ALABAMA; ) | |
| CHIEF JOHN R. POWELL, in his Official ) | |
| Capacity as Chief of Police for Dothan, ) | |
| Alabama, ) | |
| ) | |
| Defendants. ) | |

### EVIDENTIARY SUBMISSION IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff submits the following evidentiary submission in opposition to Defendant's Motion for Summary Judgment (Doc. 31) filed on July 19, 2010.

1. Deposition Transcript of Joseph Evans, taken on August 4, 2010.

2. Deposition Transcript of Benny Baxley, taken on August 4, 2010.

3. Deposition Transcript of Michael Cirulli, taken on August 4, 2010.

4. Deposition Transcript of Roy Woodham, taken on August 4, 2010.

5. Dothan Police Department Officer's Statement of Events by Officer Sylvia Summers.

6. Notes by Captain Larry Draughon, dated June 15, 2007.

Respectfully submitted,

/s/ Ann C. Robertson
Ann C. Robertson
*Attorneys for the Plaintiff*

OF COUNSEL:
WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building 301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

## CERTIFICATE OF SERVICE

      I hereby certify that on August 5, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Carol Sue Nelson
    Alyson C. Saad
    Maynard, Cooper & Gale, P.C.
    1901 Sixth Avenue North
    2400 Regions/Harbert Plaza
    Birmingham, Alabama 35203-2618


                              /s/ Ann C. Robertson
                              OF COUNSEL